## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, SULMA HERNANDEZ ALFARO, on behalf of themselves and others similarly situated, | ) ) ) ) Case No. 1:18-cv-508-RC |
| *Plaintiffs,* | ) ) Class Action |
| v. | ) ) ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); THOMAS HOMAN, Acting Director of ICE; DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, | ) ) ) ) ) ) ) |
| *Defendants.* | ) |

## JOINT STATUS REPORT

The parties jointly submit this report in response to the Court's request at the March 9, 2018 hearing in this matter, that they promptly confer on scheduling with respect to Plaintiffs' Motions for Preliminary Injunction and for Class Certification, and if they were unable to agree, that they file a joint report setting forth their respective positions.

The parties were able to agree on the following schedule with respect to Plaintiffs' Motion for Class Certification: Defendants' response shall be due 14 days after the date on which the Court decides Plaintiffs' Motion for Preliminary Injunction. Plaintiffs' reply shall be due 10 days thereafter.

The parties were not able to agree on the schedule for Plaintiffs' Motion for Preliminary Injunction.

**Plaintiffs' Position**

Plaintiffs propose that Defendants' response shall be due on March 20, 2018, which is 14 days after service of Plaintiffs' Motion and double the 7-day response time specified in Local Civil Rule 65.1(d). Plaintiffs propose that their reply be due three days later, on March 23, 2018, and that a hearing on the motion be scheduled for March 27, 2018, which is 21 days following service of the Motion for Preliminary Injunction as specified in Local Rule 65.1, or as soon thereafter as the Court's schedule permits.

**Defendants' Position**

Defendants propose that Defendants' response shall be due on April 10, 2018, which is 35 days after service of Plaintiffs' Motion and 25 days less than the time allotted under the Federal Rules of Civil Procedure in which to respond to the complaint.  Fed. R. Civ. P. 12(a)(2). Defendants take no position on the due date for Plaintiffs' reply or the date on which a hearing on the motion would be scheduled.


DATED: March 9, 2018                                    Respectfully submitted,

**Counsel for Plaintiffs**                              **Counsel for Defendants**

/s/ *Katherine Melloy Goettel*                          CHAD A. READLER
Katherine Melloy Goettel                                Acting Assistant Attorney General
NATIONAL IMMIGRANT JUSTICE CENTER                       Civil Division
208 South LaSalle Street, Suite 1300
Chicago, Illinois 60604                                 WILLIAM C. PEACHEY
Tel:  (312) 660-1335                                    Director
Fax:  (312) 660-1505
kgoettel@heartlandalliance.org                          COLIN A. KISOR
                                                        Deputy Director
Tia T. Trout Perez
D.C. Bar No. 990447                                     /s/ Christina Parascandola
KIRKLAND & ELLIS LLP                                    CHRISTINA PARASCANDOLA
655 Fifteenth St., NW                                   THEO NICKERSON
Washington, DC 20005                                    CARA ALSTERBERG
Tel.:  (202) 879-5000                                   Trial Attorneys

Fax:  (202) 879-5200
tia.trout-perez@kirkland.com

Stephen R. Patton
Anne K.H. Reser
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.:  (312) 862-2000
Fax:  (312) 862-2200
stephen.patton@kirkland.com
anne.reser@kirkland.com

Office of Immigration Litigation – District
Court Section
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
(202) 305-7000 (facsimile)
christina.parascandola@usdoj.gov