UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | : | | |
| | : | | |
| Plaintiffs. | : | Civil Action No.: | 18-508 (RC) |
| | : | | |
| v. | : | Re Document No.: | 2 |
| | : | | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in the Court's Memorandum Opinion contemporaneously issued, Plaintiffs' Motion for Preliminary Injunction (ECF No. 2) is **GRANTED**. Defendants are hereby **ORDERED** to comply with 8 U.S.C. § 1232(c)(2)(B) in placing Plaintiffs Wilmer Garcia Ramirez and Sulma Hernandez Alfaro. As indicated in the Court's Memorandum Opinion, by May 2, 2018, Defendants must submit to this Court a document or documents memorializing Defendants' compliance with the statute with respect to placement of each Plaintiff.

**SO ORDERED**.

Dated: April 18, 2018                                             RUDOLPH CONTRERAS
                                                                            United States District Judge