UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   18-508 (RC) |
| | : | |
| v. | : | |
| | : | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## DISCOVERY SCHEDULING ORDER

Having considered the parties' positions as stated in the February 11, 2019 Joint Status Report (ECF No. 107) and at the February 15, 2019 telephone hearing, the Court hereby orders as follows:

1. The parties shall continue to confer in good faith regarding the depositions of Field Office Juvenile Coordinators designated by Defendants for the ten ICE field offices previously targeted by Plaintiffs for discovery.  However, Plaintiffs shall take no depositions during the weeks of March 4, 2019 and March 11, 2019.  If the parties so agree, depositions of the named Plaintiffs may take place during the weeks of March 4, 2019 and March 11, 2019.

2. No later than 5 calendar days prior to the scheduled deposition of a Field Office Juvenile Coordinator, Defendants shall produce emails, hard copy, and other responsive documents for the particular field office at issue in the deposition, as well as all "age-out review worksheets" and SharePoint site materials for all age-outs at that office.

3. Defendants shall produce all SharePoint site documents for the three field offices deposed without the production of such documents (Washington D.C., San Francisco, and Seattle) by close of business on March 14, 2019.

4. By March 29, 2019, Defendants shall produce any remaining SharePoint materials for the ten field offices (including, as to San Antonio, its Harlingen sub office) that have not already been produced pursuant to Paragraph 2 of this order, including those relating to age-outs at these offices since the date of their respective, prior productions under Paragraph 2.

5. Further ESI discovery shall be limited to the list of 17 additional custodians identified by Plaintiffs in their February 15, 2019 Notice. *See* ECF No. 110, Attachment A. Absent the issuance of any Protective Order in the interim, Defendants shall begin producing responsive, non-privileged documents from these 17 custodians no later than March 1, 2019. Such productions shall be at a rate of no less than 5,000 documents per week and in the order of custodians listed in Plaintiffs' February 15 Notice. *See* ECF No. 110, Attachment A

6. Defendants shall review the 71,000 files previously "excluded" from their Active Learning process and produce all responsive, non-privileged documents on a rolling basis, with all such responsive, non-privileged documents produced by April 26, 2019.

7. By March 28, 2019, Defendants shall produce all non-privileged documents responsive to the requests for documents referenced in Plaintiffs' January 24, 2019 letter to Defendants—provided that (a) the documents referenced in the letter have not already been produced through the normal course of ESI discovery, and (b) the

documents referenced in the letter are encompassed within the scope of discovery requests previously served by Plaintiffs.

8. By April 15, 2019, Defendants shall produce a log of all documents from the first 18 ESI custodians that were withheld on the grounds of privilege. Defendants shall then produce such a log with respect to the next 17 ESI custodians within two weeks of the date that productions from those 17 custodians are completed. The logs shall comply with Federal Rule of Civil Procedure 26(b)(5) and set forth (a) a description of the document, (b) the date it was authored and/or sent, (c) the name and position of all authors and recipients, and (d) the privilege claimed or other basis for withholding the document.

9. By the close of business on every Friday, Defendants shall file a status report setting forth its compliance with each aspect of the discovery requirements for that week.

**SO ORDERED**.

Dated: February 19, 2019                              RUDOLPH CONTRERAS
                                                      United States District Judge