**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, </br></br>　　　　Plaintiffs, </br></br>　　v. </br></br>UNITED STATES IMMIGRATION AND </br>CUSTOMS ENFORCEMENT, *et al.*, </br></br>　　　　Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:18-CV-00508-RC </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT STATUS REPORT: March 29, 2019**

In its Order of March 25, 2019, the Court issued the following Minute Order:

It is hereby ORDERED that, beginning on March 29, 2019, and continuing thereafter during the course of discovery, the parties' shall file a joint status report by the close of business on every Friday, in which (1) Defendants will explain their compliance with each aspect of the applicable discovery requirements for that week (this filing will supersede Defendants' requirement to file their own status report outlining their discovery compliance), and (2) the parties together will identify and briefly describe any unresolved discovery disputes that require the scheduling of a telephone hearing for the following week. Before identifying any such dispute, however, the parties must meet and confer in good faith in an attempt to resolve the dispute informally. If a joint status report identifies no outstanding disputes, the Court will not schedule a hearing for the following week. Thus, absent such notification by the parties, the Friday afternoon status hearings will no longer routinely take place.

*Part (1): Defendants compliance with each aspect of the applicable discovery requirements for that week:*

　　**Electronically stored information production** - Defendants anticipate that they will produce approximately 5013 documents by the end of the day today. *See* ECF 113 ¶ 5 (requiring Defendants to begin rolling productions at a rate of no fewer than 5,000 documents each week starting on March 1, 2019); Minute Order (Feb. 22, 2019) (extending the due date for the first rolling production to March 8, 2019).

**Depositions**:  Plaintiffs' deposition of the San Antonio FOJC occurred on March 28, 2019. Defendants produced the deponent's Age Out Review Worksheets, SharePoint materials, and responsive documents on March 22, 2019, supplementing 1,060 electronically stored records, 60 worksheets, and supporting SharePoint material already provided from this deponent and field office.  At this point, there is no deposition scheduled for next week (April 1-5, 2019).

**SharePoint Materials**: On March 29, 2019, Defendants produced the remaining SharePoint materials and Age-Out Review Worksheets for the San Antonio field office and its Harlingen sub-office that were not already produced.  The production was 322 pages. *See* ECF No. 113 ¶ 2.

**Plaintiffs' various letters to Defendants:** On March 28, Defendants responded to Plaintiffs' various letters to Defendants requesting documents with a eight page cover letter and an electronic production of 534 pages, exclusive of spreadsheets.

*(2): Brief description of any unresolved discovery disputes that require the scheduling of a telephone hearing for the following week.*

The parties do not have any unresolved discovery disputes that would require scheduling a telephone hearing for April 5, 2019.

DATE:  March 29, 2019                                      Respectfully submitted,

By: /s/ *Colin A. Kisor*

COLIN A. KISOR
Deputy Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: 202-532-4331

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE
Civil Action No. 1:18-00508-RC

      I HEREBY CERTIFY that on March 29, 2019, a true copy of Defendants' Status Report was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing via e-mail to the following counsel:

Tia T. Trout Perez
KIRKLAND & ELLIS LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
(202) 879-5000
Fax: (202) 879-5200
ttrout-perez@kirkland.com

Stephen R. Patton
KIRLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
Fax: (312) 862-2200
stephen.patton@kirkland.com

Gianna Borroto
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station
St. 1300
Chicago, IL 60604
(312) 660-1615
Fax: (312) 660-1505
gborroto@heartlandalliance.org

Jonathan G.C. Fombonne
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3336
Fax: (713) 836-3601
jonathan.fombonne@kirkland.com

Amanda Jacobowski
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
Fax: (312) 862-2200
amanda.jacobowski@kirkland.com

Katherine E.M. Goettel
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station
St. 1300
Chicago, IL 60604
(312) 660-1335
Fax: (312) 660-1505
kgoettel@heartlandalliance.org

Ruben Loyo
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station
St. 1300
Chicago, IL 60604
(312) 660-1312
Fax: (312) 660-1505
rloyo@heartlandalliance.org

                                    */s/ Colin A. Kisor*
                                    COLIN A. KISOR