# Exhibit D

including Exhibits 1- 19

Filed under seal