**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-CV-00508-RC ) ) |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

**PROPOSED ORDER**

Defendants' Motion to Decertify the certified class in the above-captioned action is GRANTED and the class is DECERTIFIED as of this date. The Parties will meet and confer and submit a joint status report by _____ as to what individual claims remain in this case.


DATE:_____                    _____
                                            RUDOLPH CONTRERAS
                                            UNITED STATES DISTRICT JUDGE