## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-CV-00508-RC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO HOLD DEFENDANTS' MOTION TO DECERTIFY THE CLASS IN ABEYANCE**

On July 3, 2019, ICE informed DOJ that it had learned that there may be a discrepancy in the statistical information which formed the basis for its Motion to Decertify the Class (ECF No. 140). Specifically, based on information that ORR reported to ICE, there may be a significant number persons who aged-out of ORR Custody who were not reported to the ICE Juvenile and Family Residental Management Unit on a monthly report, or via an age-out review worksheet. (It is also possible that any un-accounted for age-outs are not class members because they do not fit the Court's definition of the class.) Attorneys at ICE are working to determine whether information which was reported to this Court remains accurate or needs to be supplemented or revised, and whether Defendants will need to submit a corrected Delaration from Chief Harper in support of Defendants' motion. (*See* ECF Nos. 140-3, 165-6.) It will take ICE some time to resolve this issue. Accordingly, Defendants request that this Court take no action on Defendants' Motion to Decertify the Class at present, and instead hold that motion in abeyance until Defendants resolve the potential discrepancy in the data. Defendants propose to provide the Court with status updates as quickly as verifiable information becomes available (as part of the weekly reporting).

On July 8, 2019, Defendants met and conferred with Opposing Counsel who indicated that they oppose this motion.

DATE:  July 8, 2019                                            Respectfully submitted,

                                                                                       */s/ Colin A. Kisor*
                                                                                       COLIN A. KISOR
Deputy Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Washington, DC 20044
202-514-3097
colin.kisor@usdoj.gov


ATTORNEY FOR DEFENDANTS

# CERTIFICATE OF SERVICE
Civil Action No. 1:18-00508-RC

I HEREBY CERTIFY that on July 8, 2019, a true copy of this Joint Status Report was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing via e-mail to the following counsel:

Tia T. Trout Perez
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
ttrout-perez@kirkland.com

Amanda Jacobowski
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
amanda.jacobowski@kirkland.com

Katherine E.M. Goettel
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station, St. 1300
Chicago, IL 60604
(312) 660-1335
kgoettel@heartlandalliance.org

Stephen R. Patton
KIRLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
stephen.patton@kirkland.com

Gianna Borroto
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station, St. 1300
Chicago, IL 60604
(312) 660-1615
gborroto@heartlandalliance.org

Ruben Loyo
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station, St. 1300
Chicago, IL 60604
(312) 660-1312
rloyo@heartlandalliance.org

Jonathan G.C. Fombonne
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3336
jonathan.fombonne@kirkland.com

Michael B. Slade
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-3348
mslade@kirkland.com

Erin Reynolds
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2618
erin.reynolds@kirkland.com

Patrick Haney
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5124
patrick.haney@kirkland.com

Orla O'Callaghan
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3588
orla.ocallaghan@kirkland.com

Rebecca Forrestal
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5276
rebecca.forrestal@kirkland.com

Paul Quincy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
paul.quincy@kirkland.com

/s/ *Colin A. Kisor*
COLIN A. KISOR