# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-CV-00508-RC ) ) |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

## JOINT STATUS REPORT: August 23, 2019

In its Order of March 25, 2019, the Court issued the following Minute Order:

It is hereby ORDERED that, beginning on March 29, 2019, and continuing thereafter during the course of discovery, the parties' shall file a joint status report by the close of business on every Friday, in which (1) Defendants will explain their compliance with each aspect of the applicable discovery requirements for that week (this filing will supersede Defendants' requirement to file their own status report outlining their discovery compliance), and (2) the parties together will identify and briefly describe any unresolved discovery disputes that require the scheduling of a telephone hearing for the following week. Before identifying any such dispute, however, the parties must meet and confer in good faith in an attempt to resolve the dispute informally. If a joint status report identifies no outstanding disputes, the Court will not schedule a hearing for the following week. Thus, absent such notification by the parties, the Friday afternoon status hearings will no longer routinely take place.

*Part (1): Defendants compliance with each aspect of the applicable discovery requirements for that week:*

**ESI** – On August 16, 2019, Defendants produced the anticipated 5044 documents.

Defendants anticipate producing approximately 5064 documents from the Field Office custodians today.

**DATA DISCREPANCY** -- The Court is aware that some weeks ago, upon receipt of data HHS ORR submitted in response to a subpoena in this case, ICE compared that HHS ORR data with ICE databases.

The Court is also aware that last week, ICE received additional data from HHS ORR, following several requests for the same. This second data set included cases HHS ORR identified as individuals who aged out of HHS ORR custody between March 31, 2019 and late July 2019. ICE continues to manually review these cases to determine which individuals are confirmed age-out cases and to ensure that their supporting documents are uploaded to the JFRMU Age-Out SharePoint site.

ICE informs DOJ that ICE (JFRMU) has requested additional information from the relevant ICE field office directors as to why some not age-out worksheets were not timely completed and uploaded to the JFRMU age-out sharepoint website. Defendants will further update the Court with a description of additional remedial measures ICE JFRMU, ICE Field Offices, and HHS ORR are intending to implement, and provide further detail and more information as it becomes available. Defendants will also supplement RFPs and Interrogatories in the upcoming weeks if needed in light of the new HHS data.

Further, ICE informs DOJ that ICE ERO Headquarters anticipates issuing a broadcast bulletin today to all ERO Field Office Directors and Deputy Field Office Directors introducing an updated Age-Out Review Worksheet. The updated Age-Out Review Worksheet will be used beginning September 1, 2019, by all ICE Field Offices and is designed to more clearly document the factors that ICE officers consider when making individual age-out custody determinations. This broadcast also serves as a strong reminder of ERO's uniform process for documenting and supporting individual age-out custody determinations across ICE Field Offices to accurately reflect ICE's continued compliance with 8 U.S.C. § 1232(c)(2)(B).

*Part (2):  Discovery Disputes ripe this week*

      The parties are continuing to confer on a number of discovery issues, but no discovery disputes are ripe this week.

DATE:  August 23, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Colin A. Kisor*

　　　　　　　　　　　　　　　　　　　　　COLIN A. KISOR
　　　　　　　　　　　　　　　　　　　　　Deputy Director
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation –
　　　　　　　　　　　　　　　　　　　　　District Court Section
　　　　　　　　　　　　　　　　　　　　　P.O. Box 868, Washington, DC 20044
　　　　　　　　　　　　　　　　　　　　　202-532-4331
　　　　　　　　　　　　　　　　　　　　　colin.kisor@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**
Civil Action No. 1:18-00508-RC

      I HEREBY CERTIFY that on August 23, 2019, a true copy of this Joint Status Report was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing via e-mail to the following counsel:

Tia T. Trout Perez
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
ttrout-perez@kirkland.com

Amanda Jacobowski
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
amanda.jacobowski@kirkland.com

Katherine E.M. Goettel
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station, St. 1300
Chicago, IL 60604
(312) 660-1335
kgoettel@heartlandalliance.org

Stephen R. Patton
KIRLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
stephen.patton@kirkland.com

Gianna Borroto
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station, St. 1300
Chicago, IL 60604
(312) 660-1615
gborroto@heartlandalliance.org

Ruben Loyo
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station, St. 1300
Chicago, IL 60604
(312) 660-1312
rloyo@heartlandalliance.org

Jonathan G.C. Fombonne
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3336
jonathan.fombonne@kirkland.com

Michael B. Slade
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-3348
mslade@kirkland.com

Erin Reynolds
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2618
erin.reynolds@kirkland.com

Patrick Haney
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5124
patrick.haney@kirkland.com

| | |
|---|---|
| Orla O'Callaghan<br>KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>(713) 836-3588<br>orla.ocallaghan@kirkland.com | Paul Quincy<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 389-5000<br>paul.quincy@kirkland.com |

Rebecca Forrestal
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5276
rebecca.forrestal@kirkland.com

/s/ *Colin A. Kisor*
COLIN A. KISOR