UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-CV-00508-RC ) ) |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

**DEFENDANTS' UNOPPOSED MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL (ECF No. 208)**

Defendants respectfully request an additional two days, or until October 16, 2019, to file a reply brief in support of their Motion for Leave to File Exhibits Under Seal. ECF 208. In their motion, Defendants sought leave to file under seal information U.S. Immigration and Customs Enforcement ("ICE") deemed Protected Material under the Protective Order governing this case. *See* Protective Order (Oct. 11, 2018), ECF No. 63. Plaintiffs opposed with regard to portions of this information. ECF No. 222. Although Plaintiffs served undersigned counsel with their opposition on October 4, 2019, the Court clerk did not lodge the opposition until October 7, 2019, and therefore Defendants did not have confirmation, until October 7, 2019, that Plaintiffs had filed an opposition.[1]

ICE informs undersigned counsel that it requires additional time to review the Protected Material designations. Defendants do not believe that such a brief extension of time would delay

---

[1] Starting on October 4, at 1:00p.m. and ending on October 7, at 7:00a.m., the Court's electronic filing and case management system was unavailable while it upgraded to the Next Generation of CM/ECF (NextGen).

trial.  Furthermore, the sealing of such information does not limit Plaintiffs' reliance on it in this litigation.  See ECF No. 63 ¶ 5.

On October 11, 2019, Defendants emailed Plaintiffs' counsel to determine if there is any opposition to this request.  See Local Rule 7(m).  Plaintiffs responded that they do not oppose this request.

Good cause exists to grant this short extension of time.  Defendants respectfully request an extension of two days, or under October 16, 2019, to file a reply brief in support of their motion for leave to file exhibits under seal.

DATE:  October 11, 2019

Respectfully submitted,

COLIN A. KISOR
Deputy Director

By: /s/ *Christina Parascandola*
CHRISTIN PARASCANDOLA
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE
Civil Action No. 1:18-00508-RC

I HEREBY CERTIFY that on October 11, 2019, a true copy of this motion was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing via e-mail to the counsel of record including the following counsel:

Jonathan G.C. Fombonne
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3336
Fax: (713) 836-3601
jonathan.fombonne@kirkland.com

Michael B. Slade
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-3348
Facsimile: (312) 862-2200
mslade@kirkland.com

Tia T. Trout-Perez
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, NW
Washington, DC 20005
Tel: (202) 389-5000
Fax: (202) 389-5200
ttrout-perez@kirkland.com

Amanda Jacobowski
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
Fax: (312) 862-2200
amanda.jacobowski@kirkland.com

Katherine E.M. Goettel
NATIONAL IMMIGRANT JUSTICE CENTER
208 LaSalle St.
Ben Franklin Station
St. 1300
Chicago, IL 60604
(312) 660-1335
Fax: (312) 660-1505
kgoettel@heartlandalliance.org

Stephen R. Patton
KIRKLAND & ELLIS
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
Fax: (312) 862-2200
stephen.patton@kirkland.com

Gianna Borroto
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle St.
Suite 1300
Chicago, IL 60604
(312) 660-1516
gborroto@heartlandalliance.org

Erin Reynolds
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312.862.2618
Facsimile: 312.862.2200
erin.reynolds@kirkland.com

Ruben Loyo
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle St.
Suite 1300
Chicago, IL 60604
(312) 660-1312
rloyo@heartlandalliance.org

Patrick Haney
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 389-5124
Fax: 202-389-5200
patrick.haney@kirkland.com

Orla O'Callaghan
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3336
Fax: (713) 836-3601
orla.ocallaghan@kirkland.com

Rebecca Forrestal
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. N.W.,
Washington, DC 20004
Telephone: (202) 389-5276
Fax: (202) 389-5200
rebecca.forrestal@kirkland.com

Paul Quincy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. N.W.,
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
paul.quincy@kirkland.com

/s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA