# Lisa Horton Demonstratives

# Item 8



**Item 8**

8. Is this age-out a flight risk, danger to the community, or danger to themselves?  ☐ Yes  ☐ No
NOTE: If Yes, check and explain the reason(s) why in the remarks.

| | | |
|---|---|---|
| Terrorist Affiliation or Ties: | ☐ Yes | ☐ No |
| Criminal/Delinquency History: | ☐ Yes | ☐ No |
| Gang Affiliation: | ☐ Yes | ☐ No |
| Escapes/Non-compliance History: | ☐ Yes | ☐ No |
| Other Credible Threat: | ☐ Yes | ☐ No |

Remarks:

Of the 371 worksheets for detained age-outs, 39 (10.2%) answered Item 8 "No" or left it blank.

That is, the FOJC recommended detention even though the FOJC recorded that the age-out was not a flight risk, danger to the community, or danger to self.

*10.2% No to Item 8*

1

# Item 8





*1.8% Explanation Provided*

*98.2%
No or Only
Conclusory Statement*

Of the 332 worksheets for detained age-outs that answered Item 8 "Yes," 326 (98.2%) provided no or only a conclusory statement in the Remarks section.

2

# Item 14



Of the 371 worksheets for detained age-outs, 192 (51.8%) left all of the boxes in Item 14 blank or checked all "No."

That is, the FOJC recorded that none of the alternatives to detention listed in Item 14 was evaluated.

3

# Item 14



**Item 14**

14. Discretionary Release Action(s):

NOTE: Check all of the options that were evaluated. If any options were not evaluated, or were evaluated and not used, briefly explain why in the Remarks.

OSUP: ☐ Yes ☐ No   Bond: ☐ Yes ☐ No
OREC: ☐ Yes ☐ No   ATD: ☐ Yes ☐ No

Remarks:

**Of the 371 worksheets for detained age-outs, 248 (66.9%) recorded that ICE evaluated either none or only one of the four alternatives to detention listed in Item 14.**

*66.9% Evaluated None or Only One of the Alternatives to Detentions*

4

# Items 8, 12, 14, and 16

Of the 371 worksheets for detained age-outs:

- 9 (2.4%) provided no explanation for detention;

- 330 (89.0%) provided a conclusory assertion for detention; and

- 32 (8.6%) provided an explanation for detention.



89.0% Provided a Conclusory Assertion

2.4%
9 of 371 Provided No Reason

8.6% Provided Explanation

5

## Items 15 and 16



*99.7% Recommendation Approved*

*Recommendation Not Approved*

**Item 15**

15. Detention Decision, Considering Least Restrictive Setting Available: ☐ Detain ☐ Not Detain
If the age-out will be detained, please specify the custody classification.
   Custody Classification: _____

**Item 16**

16. Approving Official (same as for I-286):
   Supervisory ICE Officer: _____
   Recommendation: Approve: ☐ Yes  ☐ No    Disagree: ☐ Yes  ☐ No
NOTE: Briefly justify the recommendation in the Remarks, to include alternatives if supervisor disagrees.
Remarks:

Of the 1,273 worksheets that included responses to both Items 15 and 16, in 1,269 (99.7%), the FOJC's recommendation whether to detain was approved by the SDDO.

6