# Dr. Justin Lenzo Demonstratives

Pls.' Demo 007

## Updated Table 1: Counts and Percentages of Detained and Total Age-Outs with Evidence of Potential Risk Factors—October 17, 2018 – May 24, 2019

| Evidence Indicated in AORFs | Detained Age-Outs | | All Age-Outs | |
|---|---|---|---|---|
| | Count | Share of Detained Age-Outs (%) | Count | Share of All Age-Outs (%) |
| **Total Age-Outs** | 285 | 100.0% | 1,005 | 100.0% |
| **1. No Evidence Indicating Danger to Community** | 254 | 89.1% | 943 | 93.8% |
| **2. Additionally, No Evidence Indicating Danger to Self** | 248 | 87.0% | 929 | 92.4% |
| **3. Additionally, Availability of Potential Sponsor** | 231 | 81.1% | 911 | 90.6% |
| **4. Additionally, No Evidence Indicating Risk of Flight That Would Not Be Addressed by a Sponsor** | 229 | 80.4% | 908 | 90.3% |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

Pls.' Demo 008

# Updated Table 2:
# Available Potential Sponsors for Detained Age-Outs

| Evidence Indicated by Data Source | Count of Detained Age-Outs | Share of Detained Age-Outs (%) | Count of Detained Age-Outs with No Evidence of Danger to Community or Self | Share of Detained Age-Outs with No Evidence of Danger to Community or Self |
|---|---|---|---|---|
| **All Detained Age Outs** | 285 | 100.0% | 248 | 100.0% |
| **Sponsor Listed** | 153 | 53.7% | 130 | 52.4% |
| **Sponsor Listed or Group Sponsor Available** | 268 | 94.0% | 231 | 93.1% |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

3

Pls.' Demo 009

## Updated Supplemental Table 1:
## Detained Age-Outs Who Were Subsequently Released, by Type of Release—
## January 1, 2018 - May 24, 2019

| Release Status | Age-Outs | Percentage |
|---|---|---|
| Bonded Out | 466 | 61.9% |
| Order of recognizance | 262 | 34.8% |
| Paroled | 19 | 2.5% |
| Order of supervision | 6 | 0.8% |

*Source: RFP #18 Data and Interrogatory #6 Data.*

Note: Chart from Expert Report was updated to reflect that being "Removed" is different than being "Released"

4

Pls.' Demo 010

## Updated Supplemental Table 2:
## Detention Durations Among Detained Age-Outs—January 1, 2018 - May 24, 2019

| Length-of-Stay | Count | Percentage |
| --- | --- | --- |
| Detained 1+ days | 1,342 | 88.3% |
| Detained 7+ days | 1,281 | 84.3% |
| Detained 14+ days | 1,174 | 77.3% |
| Detained 30+ days | 977 | 64.3% |
| Detained 60+ days | 597 | 39.3% |
| Detained 90+ days | 327 | 21.5% |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

## Updated Supplemental Table 3: Detention Durations Among Detained Age-Outs Who Were Subsequently Released—January 1, 2018 - May 24, 2019

| Length-of-Stay | Count | Percentage |
|---|---|---|
| Detained 1+ days | 583 | 80.1% |
| Detained 7+ days | 543 | 74.6% |
| Detained 14+ days | 468 | 64.3% |
| Detained 30+ days | 356 | 48.9% |
| Detained 60+ days | 186 | 25.5% |
| Detained 90+ days | 91 | 12.5% |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

# Updated Exhibit 4:
# Share of UACs That Have Been Detained, by AOR and Month— April 2016 - July 2019 (Page 1 of 2)

| | Share of UACs Detained | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AOR | Date of Age Out (May Differ from Date of Detention) | | | | | | | | | | | | | | | | | |
| | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 |
| Atlanta | | | | | | | 0% | | | | 0% | | | | | | 17 | |
| Baltimore | 0% | | | | | | 0% | | | | | | | | | | | |
| Boston | 0% | 0% | | | | 0% | | 0% | 0% | 0% | 0% | | | | | | | 0% |
| Buffalo | | | | | | | | | | | | | | | | | | |
| Chicago | 100% | 100% | 100% | 100% | 100% | 71% | 86% | 100% | 100% | 100% | 67% | 100% | 100% | 100% | 67% | 100% | 100% | 100% |
| Dallas | | | | | | | | | 0% | 0% | 0% | | | | | | | 0% |
| Denver | | | | | | | 0% | | | | | | | | | | | |
| Detroit | 0% | | 0% | 0% | | 0% | | | | | 0% | | | | 0% | | | 0% |
| El Paso | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 9% | 31% | 38% | 100% | 100% | 100% | | 100% | 100% | 100% |
| Harlingen | 96% | 71% | 63% | 76% | 71% | 78% | 85% | 2% | 78% | 80% | 87% | 32% | 44% | 50% | 67% | 77% | 58% | 84% |
| Houston | 80% | 31% | 14% | 93% | 5% | 48% | 83% | 39% | 100% | 93% | 57% | 86% | 100% | 80% | 36% | 0% | 88% | 100% |
| Los Angeles | | 0% | | | 0% | 14% | | 50% | | 0% | 25% | 0% | 67% | 33% | | 100% | | 50% |
| Miami | | | 0% | 100% | 100% | 89% | 0% | 100% | 100% | 85% | 83% | 0% | 100% | | 50% | | 100% | |
| New Orleans | 0% | | 0% | | | 0% | | | | | 0% | | | | | | | |
| New York | 33% | | 100% | 100% | | 100% | 60% | 50% | 50% | 67% | 0% | 100% | 100% | | 100% | 100% | 67% | 88% |
| Newark | | | | | | | | | | | 0% | | | | | | | |
| Philadelphia | | 0% | 0% | 0% | 0% | 0% | | | 0% | | | | 0% | | | | | 100% |
| Phoenix | 60% | 75% | 90% | 82% | 75% | 60% | 86% | 67% | 46% | 37% | 25% | 27% | 0% | 50% | 50% | 50% | 45% | 24% |
| San Antonio | 0% | 0% | 0% | 11% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | 15% | 0% | 50% |
| San Diego | | | 50% | 100% | 100% | 50% | 33% | 0% | 0% | 100% | 100% | | | | | | | 67% |
| San Francisco | 50% | | | 100% | 100% | 100% | 67% | 75% | 80% | 50% | 50% | 100% | | 50% | 100% | 40% | 100% | 50% |
| Seattle | 0% | | 50% | 33% | 100% | 57% | 33% | 50% | | 33% | | 25% | 67% | 0% | | | 50% | |
| Washington DC | 33% | 67% | 50% | 33% | 25% | 60% | 100% | 0% | 17% | 25% | 67% | 33% | 20% | 100% | 0% | 75% | 67% | 0% |
| Total | 63% | 45% | 55% | 64% | 47% | 52% | 62% | 27% | 60% | 58% | 51% | 38% | 57% | 50% | 38% | 49% | 60% | 59% |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

Pls.' Demo 013

## Updated Exhibit 4:
## Share of UACs That Have Been Detained, by AOR and Month— April 2016 - July 2019 (Page 2 of 2)

| AOR | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlanta | 0% | 0% | | | | | | | | | | | | 0% | | | | | | | | | 0% |
| Baltimore | | 100% | | 0% | | 0% | 0% | | | 100% | | 100% | | | 0% | 0% | 25% | 0% | 0% | 0% | | | 22% |
| Boston | | | | | | | | | 50% | | 0% | | 0% | | | 0% | 0% | 0% | | | | | 5% |
| Buffalo | | | | | | 0% | | | | | | | | | | | | | | | | | 0% |
| Chicago | 100% | 56% | 100% | 80% | 100% | 100% | 100% | 100% | 75% | 100% | 80% | 40% | 17% | 33% | 0% | 8% | 0% | 25% | 0% | 50% | 0% | | 64% |
| Dallas | | | 0% | | | | | | | | | | | | 0% | | | | 0% | | | | 0% |
| Denver | | | | | | | | | | | | | | | | | | | | | | | 0% |
| Detroit | | 0% | 0% | | 100% | | | | | | | 100% | 0% | | | | | 0% | | | | | 13% |
| El Paso | 100% | 100% | 100% | 75% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 75% | 80% | 67% | 63% | 100% | 100% | 90% | 100% | 100% | 100% | 56% |
| Harlingen | 75% | 82% | 50% | 93% | 95% | 84% | 84% | 97% | 98% | 84% | 86% | 85% | 1% | 1% | 2% | 0% | 56% | 0% | 2% | 0% | 0% | 0% | 46% |
| Houston | 50% | 88% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 94% | 100% | 100% | 100% | 95% | 90% | 94% | 100% | 100% | 100% | 92% | 100% | 100% | 80% |
| Los Angeles | 50% | 67% | 100% | 100% | 67% | 100% | 0% | 50% | 100% | 100% | 60% | 100% | 86% | 100% | 50% | 100% | 33% | 60% | 67% | 75% | | | 52% |
| Miami | 0% | | 67% | 100% | 100% | 100% | | 100% | 100% | 100% | | 79% | 100% | 100% | 95% | 100% | 100% | 100% | 100% | 100% | | 92% | 92% |
| New Orleans | | | 0% | 0% | | | | | | | | | | | | | | | | | | | 0% |
| New York | 100% | 80% | 100% | 100% | | 100% | 100% | | 71% | 100% | | 100% | 67% | 80% | 100% | 50% | 88% | 100% | 75% | 75% | | | 84% |
| Newark | | 100% | | | | | | 0% | 100% | | 0% | | | | 0% | | | 0% | | | | | 25% |
| Philadelphia | 33% | | 0% | 0% | 100% | 50% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | | | | | | 5% |
| Phoenix | 64% | 67% | 88% | 75% | 62% | 55% | 71% | 77% | 80% | 88% | 84% | 63% | 78% | 42% | 54% | 71% | 71% | 91% | 100% | 71% | 100% | 100% | 66% |
| San Antonio | 9% | 0% | 0% | 0% | | 0% | 0% | 8% | 0% | 8% | 0% | 6% | 5% | 0% | 0% | 6% | 0% | 8% | | | | | 3% |
| San Diego | 33% | 50% | 20% | 0% | | 50% | 17% | 0% | 25% | 50% | 33% | 20% | 67% | 67% | 100% | 80% | 100% | 100% | 100% | 100% | | | 46% |
| San Francisco | 100% | 100% | 67% | 75% | 100% | 100% | 100% | | 100% | 50% | 50% | 100% | 25% | | 0% | 0% | 50% | 60% | 100% | 100% | | | 69% |
| Seattle | 67% | 100% | 0% | 100% | 67% | 100% | | 0% | 50% | 50% | 50% | | | 100% | | 100% | 33% | 0% | | 100% | | | 49% |
| Washington DC | 33% | 50% | 0% | 75% | 20% | 78% | 83% | 80% | 100% | 80% | 40% | 33% | 100% | 50% | 20% | 100% | 100% | 100% | 20% | 50% | | | 45% |
| Total | 53% | 65% | 54% | 74% | 68% | 69% | 71% | 74% | 78% | 80% | 76% | 71% | 38% | 31% | 27% | 30% | 29% | 36% | 35% | 32% | 34% | 61% | 52% |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

Pls.' Demo 014

# Updated Exhibit 5:
# Detention Rates by Field Office—October 17, 2018 to May 24, 2019

| Field Office | Total Age-Outs | Detained Age-Outs | Percentage Detained | Detention Percentage Statistically Higher than SNA? |
|---|---|---|---|---|
| Harlingen | 405 | 2 | .05% | No |
| San Antonio | 117 | 3 | 2.6% | No |
| Houston | 101 | 98 | 97.0% | Yes |
| Phoenix | 72 | 34 | 47.2% | Yes |
| Chicago | 65 | 9 | 13.8% | Yes |
| Miami | 52 | 50 | 96.2% | Yes |
| El Paso | 35 | 28 | 80.0% | Yes |
| Philadelphia | 32 | 0 | 0.0% | No |
| New York | 31 | 24 | 77.4% | Yes |
| Los Angeles | 29 | 21 | 72.4% | Yes |
| Washington, DC | 17 | 5 | 29.4% | Yes |
| San Francisco | 16 | 4 | 25.0% | Yes |
| Baltimore | 10 | 0 | 0.0% | No |
| Seattle | 8 | 5 | 62.5% | Yes |
| San Diego | 6 | 2 | 33.3% | Yes |
| Boston | 5 | 0 | 0.0% | No |
| Detroit | 3 | 0 | 0.0% | No |
| Newark | 1 | 0 | 0.0% | No |
| **Total** | **1005** | **285** | **28.4%** | |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

9

Pls.' Demo 015

## Updated Exhibit 6:
## Detention Rates by Field Office Among Age-Outs with No Evidence of Risk Factors—October 17, 2018 to May 24, 2019

| Field Office | Total Age-Outs | Detained Age-Outs | Percentage Detained | Detention Percentage Statistically Higher than SNA? |
|---|---|---|---|---|
| Harlingen | 398 | 2 | 0.5% | No |
| San Antonio | 106 | 0 | 0.0% | No |
| Houston | 100 | 98 | 98.0% | Yes |
| Phoenix | 70 | 33 | 47.1% | Yes |
| Chicago | 59 | 6 | 10.2% | Yes |
| Miami | 47 | 46 | 97.9% | Yes |
| El Paso | 33 | 27 | 81.8% | Yes |
| Philadelphia | 31 | 0 | 0.0% | No |
| New York | 17 | 12 | 70.6% | Yes |
| Los Angeles | 9 | 3 | 33.3% | Yes |
| Washington, DC | 7 | 0 | 0.0% | No |
| San Francisco | 6 | 0 | 0.0% | No |
| Baltimore | 9 | 0 | 0.0% | No |
| Seattle | 3 | 1 | 33.3% | No |
| San Diego | 5 | 1 | 20.0% | No |
| Boston | 4 | 0 | 0.0% | No |
| Detroit | 3 | 0 | 0.0% | No |
| Newark | 1 | 0 | 0.0% | No |
| **Total** | **908** | **229** | **25.2%** | |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

Pls.' Demo 016

# Updated Exhibit 7: Regression Results



*Source:* Updated Expert Report and Exhibits of J. Lenzo

Pls.' Demo 017

# Updated Exhibit 7: Regression Results



*Source:* Updated Expert Report and Exhibits of J. Lenzo

Pls.' Demo 018

# Updated Exhibit 8: Effects Analysis

| Probit Model with Combination 1 of the Risk Factors | | |
|---|---|---|
| **Characteristic of Age-Out** | **Estimated Effect on Probability of Being Detained** | **95% Confidence Interval for Effect on Probability of Being Detained** |
| **Evidence of Danger to the Community** | 0.9% | -4.9% - 7.9% |
| **Evidence of Danger to Self** | -2.6% | -8.2% - 3.9% |
| **Evidence of Lack of Sponsor or Risk of Flight Unaddressed by Release to Sponsor** | 32.2% | 19.1% - 46.8% |
| **Evidence of All the Above Factors** | 28.0% | 16.8% - 41.6% |
| | | |
| **Aged-Out of El Paso AOR** | 80.2% | 67.9% - 87.6% |
| **Aged-Out of Houston AOR** | 94.2% | 88.5% - 96.6% |
| **Aged-Out of Los Angeles AOR** | 34.6% | 17.6% - 54.6% |
| **Aged-Out of Miami AOR** | 93.8% | 86.2% - 96.7% |
| **Aged-Out of New York City AOR** | 66.2% | 49.9% - 78.6% |
| **Aged-Out of Phoenix AOR** | 46.1% | 36.7% - 54.8% |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

Pls.' Demo 019

# Updated Exhibit 8: Effects Analysis

| Probit Model with Combination 2 of the Risk Factors | | |
|---|---|---|
| **Characteristic of Age-Out** | **Estimated Effect on Probability of Being Detained** | **95% Confidence Interval for Effect on Probability of Being Detained** |
| **Evidence of Any Risk Factor** | 12.7% | 8.1% - 18.4% |
| **Aged-Out of El Paso AOR** | 80.6% | 68.8% - 88.1% |
| **Aged-Out of Houston AOR** | 95.2% | 90.0% - 97.4% |
| **Aged-Out of Los Angeles AOR** | 51.5% | 35.1% - 68.7% |
| **Aged-Out of Miami AOR** | 94.3% | 87.6% - 97.1% |
| **Aged-Out of New York City AOR** | 62.0% | 45.3% - 75.6% |
| **Aged-Out of Phoenix AOR** | 47.8% | 38.3% - 56.3% |

*Source:* Updated Expert Report and Exhibits of J. Lenzo

Pls.' Demo 020

# Comparison of In-Absentia Rates

| Year | Non-UAC [1] | | | UAC [1] | | | Age-Outs, Never Detained [2] | | | Age-Outs, Detained But Subsequently Released [2] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | In-Absentia Removal Orders | Percent In-Absentia | Total | In-Absentia Removal Orders | Percent In-Absentia | Total | In-Absentia Removal Orders | Percent In-Absentia | Total | In-Absentia Removal Orders | Percent In-Absentia |
| 2014 | 73,165 | 23,678 | 32% | 3,331 | 2,112 | 63% | | | | | | |
| 2015 | 76,881 | 31,000 | 40% | 13,554 | 7,198 | 53% | | | | | | |
| 2016 | 75,277 | 27,800 | 37% | 14,785 | 6,408 | 43% | | | | | | |
| 2017 | 82,711 | 35,115 | 42% | 13,331 | 6,799 | 51% | | | | | | |
| 2018 | 106,763 | 39,353 | 37% | 12,545 | 6,705 | 53% | 481 | 26 | 5% | 447 | 46 | 10% |
| 2019 | 118,685 | 52,041 | 44% | 9,116 | 5,498 | 60% | 414 | 10 | 2% | 111 | 3 | 3% |

*Source:*
[1] Executive Office for Immigration Review.
[2] RFP 18, RFP 21, IROG 6, In-Absentia Data.

Pls.' Demo 021

# Monthly Detention Rate, April 2016 - May 2019: San Antonio



Ex. 4 at 17; Sources: Age Out Review Forms and Monthly Age Out Reports; Responses to RFP 18 and 21.

16

Pls.' Demo 022

# Monthly Detention Rate, April 2016 - May 2019: Harlingen



Ex. 4 at 17; Sources: Age Out Review Forms and Monthly Age Out Reports; Responses to RFP 18 and 21.

Pls.' Demo 023

# Monthly Detention Rate, April 2016 - May 2019: Chicago



Ex. 4 at 17; Sources: Age Out Review Forms and Monthly Age Out Reports; Responses to RFP 18 and 21.

18

Pls.' Demo 024

# Monthly Detention Rate, April 2016 - May 2019: Houston



Ex. 4 at 17; Sources: Age Out Review Forms and Monthly Age Out Reports; Responses to RFP 18 and 21.

Pls.' Demo 025

# Monthly Detention Rate, April 2016 - May 2019: Miami



Ex. 4 at 17; Sources: Age Out Review Forms and Monthly Age Out Reports; Responses to RFP 18 and 21.

20

Pls.' Demo 026

# Monthly Detention Rate, April 2016 - May 2019: El Paso



Ex. 4 at 17; Sources: Age Out Review Forms and Monthly Age Out Reports; Responses to RFP 18 and 21.

Pls.' Demo 027

# Monthly Detention Rate, April 2016 - May 2019: New York



Ex. 4 at 17; Sources: Age Out Review Forms and Monthly Age Out Reports; Responses to RFP 18 and 21.

Pls.' Demo 028

# Monthly Detention Rate, April 2016 - May 2019



Ex. 4 at 17