# Robert D. Vinikoor Demonstratives

# Opinions

- The release of an age-out by an immigration judge on bond is compelling evidence that the age-out was not a danger to the community or significant flight risk at the time ICE placed the age-out in adult detention.

- To the extent an age-out poses a risk of flight, it is usually attributable to the age-out's lack of ties to and/or permanent address in the United States, factors inherent in most, if not all, age-outs.

- There are factors that can offset or mitigate age-outs' potential indicators of flight risk, including potential eligibility for asylum or other affirmative immigration relief and release to an individual or organizational sponsor.

2

# First Opinion

> ▶ The release of an age-out by an immigration judge on bond is compelling evidence that the age-out was not a danger to the community or significant flight risk at the time ICE placed the age-out in adult detention.

- To the extent an age-out poses a risk of flight, it is usually attributable to the age-out's lack of ties to and/or permanent address in the United States, factors inherent in most, if not all, age-outs.

- There are factors that can offset or mitigate age-outs' potential indicators of flight risk, including potential eligibility for asylum or other affirmative immigration relief and release to an individual or organizational sponsor.

3

# Detained Age-Outs Released Between January 1, 2018 and May 24, 2019 by Type of Release

| Release Status | Age-Outs | Percentage |
|---|---|---|
| Bonded Out | 466 | 61.9% |
| Order of recognizance | 262 | 34.8% |
| Paroled | 19 | 2.5% |
| Order of supervision | 6 | 0.8% |

*Source: RFP #18 Data and Interrogatory #6 Data.*

4

# Second Opinion

- The release of an age-out by an immigration judge on bond is compelling evidence that the age-out was not a danger to the community or significant flight risk at the time ICE placed the age-out in adult detention.

- ▶ To the extent an age-out poses a risk of flight, it is usually attributable to the age-out's lack of ties to and/or permanent address in the United States, factors inherent in most, if not all, age-outs.

- There are factors that can offset or mitigate age-outs' potential indicators of flight risk, including potential eligibility for asylum or other affirmative immigration relief and release to an individual or organizational sponsor.

5

# Third Opinion

- The release of an age-out by an immigration judge on bond is compelling evidence that the age-out was not a danger to the community or significant flight risk at the time ICE placed the age-out in adult detention.

- To the extent an age-out poses a risk of flight, it is usually attributable to the age-out's lack of ties to and/or permanent address in the United States, factors inherent in most, if not all, age-outs.

▶ There are factors that can offset or mitigate age-outs' potential indicators of flight risk, including potential eligibility for asylum or other affirmative immigration relief and release to an individual or organizational sponsor.

6

# Asylum and Withholding of Removal

- Fear based relief and protection from deportation
- Individual must show:
  - She or he experienced **past harm** or have a **well-founded fear of future harm** in country of origin
    - Withholding of removal requires showing more likely than not to suffer future harm
  - Harm occurred or will occur on account of a **protected characteristic**
  - Cannot reasonably **relocate** in country of origin to avoid harm
  - Government of home country is **unable or unwilling** to protect the individual

7

## Protection Under the Convention Against Torture

- Protection for individuals who suffered past torture or are more likely than not to experience future torture
- Torture must be by or at the acquiescence of the government

8

# Special Immigrant Juvenile Status

- Available to children who are unable to reunify with parents due to **abuse, abandonment, or neglect**
- Applicant must:
  - Be under 21 at the time of filing
  - Be unmarried and currently living in the United States at time of filing and when USCIS decides application
  - Present a state court order that finds:
    - Applicant is dependent on court/in custody of state agency, department, or court appointed entity and cannot be reunified
    - Reunification is not possible with one or both parents due to abuse, neglect, abandonment, or similar state law basis
    - It is not in applicant's best interests to return to country of origin

9

# U-Visas and T-Visas

- **U Visa**
  - Visa available to individuals who have been victims of crime in the US or in violation of US laws who experience substantial physical or mental abuse as a result.
  - U-visa applicants must assist with law enforcement efforts to investigate and prosecute the crime

- **T Visa**
  - Non-immigrant petition available to victims of severe human trafficking, including sex and labor trafficking.
  - Applicants must be (i) physically in the US, (ii) show suffered severe human trafficking, (iii) demonstrate returning to home country would cause extreme hardship, and (iv) may need to assist law enforcement.

# Family Based Petitions

- Visas based on familial relationships to lawful permanent residents or U.S. citizens

- Often based on relationship to immediate relatives

- Subject to visa preferences and availability

11