# Julie Linton Demonstratives

# Opinions

- Physically, psychosocially, and developmentally, youth from ages 15-24 years continue to undergo critical brain development in response to their environments and experiences. The experience of detention for 18-year-old immigrant youth is detrimental to this continuing development.

- Detention, particularly in adult settings, is physically and psychologically harmful to children and youth and threatens their short- and long-term health and wellbeing.

- Alternatives to detention, including placement in community settings while awaiting court cases, are markedly better for the health and wellbeing of youth.

2

# First Opinion

▶ Physically, psychosocially, and developmentally, youth from ages 15-24 years continue to undergo critical brain development in response to their environments and experiences.  The experience of detention for 18-year-old immigrant youth is detrimental to this continuing development.

- Detention, particularly in adult settings, is physically and psychologically harmful to children and youth and threatens their short- and long-term health and wellbeing.

- Alternatives to detention, including placement in community settings while awaiting court cases, are markedly better for the health and wellbeing of youth.

3

# Age of Adolescence Chart



Commonly used age definitions of specific terms of relevance for adolescence that span or overlap with the developmental periods of childhood, adolescence, and adulthood

4

# Areas of the Brain Impacted By Stress



Source: Center for Early Childhood Mental Health Consultation, Georgetown University Center for Child and Human Development, www.ecmhc.org/tutorials/trauma/mod2_3.html

5

## Toxic Stress: A Threat to Health



Brief increases in heart rate, mild elevations in stress hormone levels.

Serious, temporary stress responses, buffered by supportive relationships.

Prolonged activation of stress response systems in the absence of protective relationships.

Source: Center on the Developing Child, Harvard Unversity, www.developingchild.harvard.edu/science/key-concepts/toxic-stress/

6

# Adverse Childhood Experiences



Source: www.cdc.gov/violenceprevention/acestudy/

7

# Adverse Childhood Experiences

| ACES Definitions | Translation to Adult Detention of Immigrant Youth |
|---|---|
| **Abuse** <br> *(emotional, physical abuse, sexual)* | • Incarceration in prison-like setting <br> • Risk of physical and emotional abuse by adult detainees <br> • Ill treatment by guards |
| **Household challenges** <br> *(mother treated violently, household substance abuse, household mental illness, parental separation or divorce, criminal household member)* | • Prolonged separation from parent or caregiver <br> • Witnessing violence perpetrated by or against other detainees <br> • Mental illness of other detainees |
| **Neglect** <br> *(emotional, physical)* | • Limited contact with loved ones <br> • Linguistic isolation <br> • Inadequate mental health resources <br> • Deplorable physical and hygienic conditions |

8

# Impact of ACEs:

As the number of ACEs increases, so does the risk for negative health outcomes



Source: www.rwjf.org/en/library/infographics/the-truth-about-aces.html

9

# Possible Risk Outcomes:

## BEHAVIOR



## PHYSICAL & MENTAL HEALTH



Source: www.rwjf.org/en/library/infographics/the-truth-about-aces.html

10

# Second Opinion

- Physically, psychosocially, and developmentally, youth from ages 15-24 years continue to undergo critical brain development in response to their environments and experiences. The experience of detention for 18-year-old immigrant youth is detrimental to this continuing development.

- ▶ Detention, particularly in adult settings, is physically and psychologically harmful to children and youth and threatens their short- and long-term health and wellbeing.

- Alternatives to detention, including placement in community settings while awaiting court cases, are markedly better for the health and wellbeing of youth.

11

# The UCL-Lancet Commission



Source: www.thelancet.com/pdfs/journals/lancet/PIIS0140-6736(18)32114-7.pdf

12



von Werthern et al. BMC Psychiatry   (2018) 18:382
https://doi.org/10.1186/s12888-018-1945-y

**BMC Psychiatry**

**RESEARCH ARTICLE**　　　　　　　　　　　　　　　　　**Open Access**

# The impact of immigration detention on mental health: a systematic review

M. von Werthern[1], K. Robjant[1], Z. Chui[1], R. Schon[1], L. Ottisova[2], C. Mason[1] and C. Katona[1,3*]

**Conclusions:** The literature base reviewed in this paper consistently demonstrated severe mental health consequences amongst detainees across a wide range of settings and jurisdictions. There is a pressing need for the proper consideration of mental health and consequent risk of detention-related harm in decisions surrounding detention as well as for improved care for individuals within detention facilities. Recommendations based on these findings are presented, including increased focus on the identification of vulnerability and on minimising the duration of detention.

# Third Opinion

- Physically, psychosocially, and developmentally, youth from ages 15-24 years continue to undergo critical brain development in response to their environments and experiences. The experience of detention for 18-year-old immigrant youth is detrimental to this continuing development.

- Detention, particularly in adult settings, is physically and psychologically harmful to children and youth and threatens their short- and long-term health and wellbeing.

▶ Alternatives to detention, including placement in community settings while awaiting court cases, are markedly better for the health and wellbeing of youth.

14

# Development of Resilience



Negative Outcomes

Positive Outcomes

<< Fulcrum

Source: www.developingchild.harvard.edu/science/key-concepts/resilience/

15