UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA-RAMIREZ, *et al.*,   )<br>   )<br>Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>U.S. IMMIGRATION AND CUSTOMS   )<br>ENFORCEMENT, *et al.*,   )<br>   )<br>Defendants.   )<br>   ) | Civil Action No. 1:18-CV-00508-RC<br><br>Class Action |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Issue Interim Guidance this Court approves the drafted interim guidance and ORDERS that the guidance be promptly disseminated to U.S. Immigration and Customs Enforcement field offices.

**SO ORDERED.**

DATE: _____          _____
                                                                          THE HON. RUDOPLH CONTRERAS
                                                                          UNITED STATES DISTRICT JUDGE