UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   18-508 (RC) |
| | : | |
| v. | : | |
| | : | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION**

It is hereby **ORDERED** that the above-captioned case is referred to United States Magistrate Judge Harvey for the purpose of mediation. The proceeding shall conclude no later than **September 2, 2021**. The mediation before Magistrate Judge Harvey is currently scheduled for **February 2, 2021**. Counsel and parties, including persons with settlement authority, are to participate in the mediation. If the case settles in whole or in part, counsel shall advise the Court of the settlement promptly by filing a stipulation. All filings in this case pertaining to this mediation shall include the initials of Magistrate Judge Harvey ("GMH") in the caption next to the initials of the undersigned judge. *See* D.D.C. Civ. R. 5.1(d).

**SO ORDERED**.

Dated:  December 16, 2020                                                         RUDOLPH CONTRERAS
                                                                                                    United States District Judge