**FY 20 Age Outs Summary**
Source: ICE JFRMU SharePoint data of 03/12/2021

**Total FY 20 Count by Month**

| Month | Custody Determination | | | | Total |
|---|---|---|---|---|---|
| | Detained | Not Detained | % Detained | % Not Detained | |
| October | 15 | 65 | 19% | 81% | 80 |
| November | 10 | 54 | 16% | 84% | 64 |
| December | 19 | 39 | 33% | 67% | 58 |
| January | 18 | 47 | 28% | 72% | 65 |
| February | 7 | 24 | 23% | 77% | 31 |
| March | 25 | 28 | 47% | 53% | 53 |
| April | 7 | 32 | 18% | 82% | 39 |
| May | 1 | 22 | 4% | 96% | 23 |
| June | 3 | 20 | 13% | 87% | 23 |
| July | 1 | 19 | 5% | 95% | 20 |
| August | 1 | 9 | 10% | 90% | 10 |
| September | - | 24 | 0% | 100% | 24 |
| Total | 107 | 383 | 22% | 78% | 490 |

**Total FY 20 Count by AOR**

| AOR | Custody Determination | | Total |
|---|---|---|---|
| | Detained | Not Detained | |
| BAL | - | 4 | 4 |
| BOS | - | 1 | 1 |
| CHI | 1 | 19 | 20 |
| DEN | - | 1 | 1 |
| DET | - | 3 | 3 |
| ELP | 18 | 10 | 28 |
| HOU | 23 | 28 | 51 |
| LOS | 5 | 9 | 14 |
| MIA | 1 | 4 | 5 |
| NEW | - | 3 | 3 |
| NYC | 6 | 13 | 19 |
| PHI | - | 11 | 11 |
| PHO | 24 | 38 | 62 |
| SEA | 1 | 3 | 4 |
| SFR | 3 | 5 | 8 |
| SNA | 8 | 97 | 105 |
| SNA-HRO | 14 | 112 | 126 |
| SND | - | 7 | 7 |
| WAS | 3 | 15 | 18 |
| Total | 107 | 383 | 490 |

ICE POST TRIAL - 0009564

## FY 21 YTD Age Outs Summary

Source: ICE JFRMU SharePoint data of 06/11/2021

**Total FY 21 YTD Count by Month**

| Month | Custody Determination | | | | Total |
|---|---|---|---|---|---|
| | Detained | Not Detained | % Detained | % Not Detained | |
| October | 2 | 29 | 6% | 94% | 31 |
| November | - | 29 | 0% | 100% | 29 |
| December | 2 | 57 | 3% | 97% | 59 |
| January | - | 57 | 0% | 100% | 57 |
| February | - | 85 | 0% | 100% | 85 |
| March | - | 115 | 0% | 100% | 115 |
| April | - | 265 | 0% | 100% | 265 |
| May | - | 206 | 0% | 100% | 206 |
| Total | 4 | 843 | 1% | 99% | 847 |

**Total FY 21 YTD Count by AOR**

| AOR | Custody Determination | | Total |
|---|---|---|---|
| | Detained | Not Detained | |
| BAL | - | 3 | 3 |
| BOS | - | 1 | 1 |
| CHI | - | 6 | 6 |
| DAL | - | 29 | 29 |
| DET | - | 8 | 8 |
| ELP | - | 165 | 165 |
| HOU | 1 | 80 | 81 |
| LOS | - | 13 | 13 |
| MIA | - | 15 | 15 |
| NOL | - | 1 | 1 |
| NYC | - | 16 | 16 |
| PHI | - | 2 | 2 |
| PHO | - | 43 | 43 |
| SEA | - | 2 | 2 |
| SFR | - | 2 | 2 |
| SNA | 2 | 136 | 138 |
| SNA-HRO | - | 268 | 268 |
| SND | - | 43 | 43 |
| WAS | 1 | 10 | 11 |
| Total | 4 | 843 | 847 |



Total Age Outs by Month by Fiscal Year (FY 20, FY 21)