# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 18-508 (RC) |
| | : | | |
| v. | : | Re Document No.: | 370 |
| | : | | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ADDENDUM TO FINAL ORDER AND PERMANENT INJUNCTION

On September 21, 2021, this Court entered its Final Order and Permanent Injunction resolving this case. *See* Final Order & Perm. Inj., ECF No. 368. That Order adjudged and decreed that final judgment be entered for Plaintiffs on Counts I and II of the Amended Complaint and permanently enjoined Defendants from violating 8 U.S.C. § 1232(c)(2)(B) by repeating the violations and failures to comply described in the Court's July 2, 2020 Decision. *Id.* at 2. It then specified a list of actions, *see id.* at 3–7 (Sections I–VIII), required to prevent Defendants' further violations of, and help ensure their compliance with, Section 1232(c)(2)(B), and retained jurisdiction "for a period of five (5) years . . . to enforce and resolve any disputes concerning the terms of, and Defendants' compliance with, this Order or with 8 U.S.C. § 1232(c)(2)(B)," *see id.* at 7–8 (Section IX).

Defendants have since moved to amend or alter the Order, seeking clarification of the duration of the injunction and this Court's jurisdiction. *See* Def.'s Mot. to Alter or Amend Judgment, ECF No. 370. It is unclear if clarification is necessary, but in an abundance of caution the Court nevertheless adopts the following addendum to eliminate any potential ambiguity:

**X. Expiration of the Specific Obligations**

Sections I through VIII of this Order shall expire five years after the date on which the Final Judgment and Permanent Injunction was entered.

\*   \*   \*

It is hereby **ORDERED** that the Final Order and Permanent Injunction, ECF No. 368, is amended to include the language of Section X above.  **SO ORDERED.**

Dated: November 10, 2021                                       RUDOLPH CONTRERAS
                                                                                           United States District Judge