# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, ) <br> SULMA HERNANDEZ ALFARO, ) <br> ANA P., on behalf of themselves and ) <br> others similarly situated, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br>               v.           ) <br> U.S. IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, et al.; ) <br> ) <br> ) <br> *Defendants*. ) <br> _____) | Case No. 1:18-cv-00508 <br><br> Class action |

## DEFENDANTS' NOTICE OF COMPLIANCE

On September 21, 2021, the Court issued a final judgment and permanent injunction in which it ordered U.S. Immigration and Customs Enforcement ("ICE") to take certain actions within sixty days.[1] *See* ECF No. 368 at 4-5 ("IV. Training"); *id*. at 6 ("V. FOJC Handbook"). The Court ordered ICE to conduct one or more virtual training sessions at which all Field Office Juvenile Coordinators ("FOJCs") "are trained on making placement determinations in compliance with the Court's July 2, 2020 Decision and Section 1232(c)(2)(B), and completing the revised [Age-Out Review Worksheet] AORW using the PowerPoint presentations agreed upon by the parties (ECF Nos. 345-02 and 346-01)." *Id*. at 4. Further, it ordered ICE to include in its internal website the Court-approved training materials "subject to revisions agreed upon by the parties and/or approved by the Court"; the amended Age-Out Review Worksheet; National

---

[1] On November 10, 2021, the Court issued an addendum to the final order and permanent injunction, specifying that its terms, ECF No. 368 at 2-7, expire five years after the date on which the Final Judgment and Permanent Injunction was entered, ECF No. 378, or on September 20, 2026.

Age-Out Shelter List; and the FOJC Handbook with the sections relating to age-outs modified as outlined in the Court's Order and/or as agreed upon by the parties. *Id*. at 5-6.

On November 4, 16, and 18, 2021, ICE conducted virtual training sessions for its FOJCs and supervisors who participate in the age-out custody determination process. *See* Declaration of Dawnisha Helland (Nov. 18, 2021), attached as Exhibit A ¶ 4. ICE used the approved training materials and revised AORW. *Id*. Further, ICE uploaded the training materials, revised AORW, the National Age-Out Shelter List, and the FOJC Handbook to ICE's internal website, which ICE officers can access at any time. *Id*.

The Court also ordered ICE to provide Plaintiffs certain information each month. *See* ECF No. 368 at 6-7 ("VI. Periodic Reporting"). It ordered ICE to provide monthly spreadsheet summaries, by Field Office and for ICE overall, of "the total numbers and percentages of Age-Outs that were released and detained: (a) in every prior month during the current fiscal year; (b) in the current month; and (c) year-to-date during the current fiscal year." *Id*. at 7. It also ordered ICE to provide copies of the AORWs and all SharePoint materials for each Age-Out during the preceding month. *Id*. at 6.

On October 15, 2021, ICE provided the required spreadsheet summaries for the month of September 2021. It reported that, in September 2021, 139 former unaccompanied alien children aged out of Office of Refugee Resettlement ("ORR") custody, and that ICE released 138 of the age-outs. The sole age-out whom ICE detained admitted that in his home country he had been sentenced to eight years in prison due to kidnapping and abusing a minor and that he was associated with a criminal gang. He also attempted to run away from the ORR shelter. An FOJC documented this information on two AORWs, and supplemented it with documents that he

uploaded to the internal SharePoint site. Defendants produced all of these materials to Plaintiffs on October 15, 2021 and offer to submit them to the Court under seal.

DATE: November 19, 2021                                              Respectfully submitted,

COLIN A. KISOR
Deputy Director

CARA E. ALSTERBERG
KEVIN HIRST
Trial Attorneys

*/s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE
Civil Action No. 1:18-00508-RC

I HEREBY CERTIFY that, on November 19, 2021, a true copy of Defendants' Notice of Compliance was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing via e-mail to the counsel of record including the following counsel:

Tia T. Trout Perez
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
ttrout-perez@kirkland.com

Amanda Jacobowski
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
amanda.jacobowski@kirkland.com

Stephen R. Patton
KIRLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
stephen.patton@kirkland.com

Mark Fleming
NATIONAL IMMIGRANT JUSTICE CTR
208 LaSalle St.
Ben Franklin Station, St. 1300
Chicago, IL 60604
(312) 660-1335
mfleming@heartlandalliance.org

Ruben Loyo
NATIONAL IMMIGRANT JUSTICE CTR
208 LaSalle St.
Ben Franklin Station, St. 1300
Chicago, IL 60604
(312) 660-1312
rloyo@heartlandalliance.org

Michael B. Slade
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-3348
mslade@kirkland.com

Erin Reynolds
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2618
erin.reynolds@kirkland.com

Patrick Haney
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5124
patrick.haney@kirkland.com

Orla P. O'Callaghan
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3588
Fax: (713) 836-3601
orla.ocallaghan@kirkland.com

Rebecca Wall Forrestal
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, NW
Washington, DC 20004
(202) 879-5000
rebecca.forrestal@kirkland.com

Gianna Borroto
AMERICAN IMMIGRATION COUNCIL
1331 G Street, NW, Suite 200
Washington, DC 20005
(202) 507-7552
gborroto@immcouncil.org

Katherine Melloy Goettel
AMERICAN IMMIGRATION COUNCIL
1331 G Street, NW, Suite 200
Washington, DC 20005
(202) 507-7552
kgoettel@immcouncil.org

/s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA