## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) Civil Action No. 1:18-cv-00508-RC |
| v. | ) <br> ) |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) Class Action <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### NOTICE OF APPEAL

Defendants, the U.S. Immigration and Customs Enforcement ("ICE"), U.S. Department of Homeland Security ("DHS"), Tae D. Johnson[1], in his official capacity as Director of ICE, and Alejandro N. Mayorkas[2], in his official capacity as Secretary of DHS, hereby notify their appeal of the permanent injunction order and judgment entered by the Honorable Judge Rudolph Contreras on September 21, 2021, ECF Nos. 367, 368, and as amended on November 10, 2021, ECF No. 378, to the United States Court of Appeals for the District of Columbia Circuit. The permanent injunction order and judgment is an appealable final decision of the district court under 28 U.S.C. § 1291.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Tae D. Johnson is automatically substituted as a party for Thomas Homan.

[2] Likewise, Alejandro N. Mayorkas is automatically substituted as a party for Kirstjen M. Nielsen. Fed. R. Civ. P. 25(d).

| | |
|---|---|
| DATED:  January 7, 2022 | Respectfully submitted, |

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

COLIN A. KISOR
Deputy Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

KEVIN C. HIRST
Trial Attorney

*/s/ Cara E. Alsterberg*
CARA E. ALSTERBERG
Trial Attorney
CA Bar No. 319326
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4667
Cara.E.Alsterberg@usdoj.gov