**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, ) | |
| ) | Case No. 1:18-cv-00508-RC |
| *Plaintiffs*, ) | |
| ) | Class Action |
| v. ) | |
| ) | |
| U.S. IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT (ICE), *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**ORDER GRANTING APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

Upon consideration of the Parties' Joint Motion for Approval of Proposed Class Action Settlement dated September 1, 2022, and the attached Settlement Agreement to completely settle and resolve the above-captioned lawsuit according to its proposed terms as to all parties, it is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The capitalized terms used in this Order Granting Approval of the Proposed Class Action Settlement shall have the same meaning as defined in the Settlement Agreement.

3. The Court has jurisdiction over this action and each of the parties to the Settlement Agreement.

4. The Court finds that the proposed Settlement resulted from arm's-length negotiations between highly experienced counsel under the auspices and with the assistance of an experienced and neutral mediator appointed by the D.C. Circuit Court of Appeals.

5. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court hereby grants final approval of the Settlement on the grounds that it is, in all respects, fair, reasonable,

and adequate as to, and in the best interests of, the members of the Class, within the meaning of, and in compliance with all applicable requirements of, Federal Rule of Civil Procedure 23.

6. Nothing in the Settlement Agreement or this Order alters the Court's July 2, 2020 Findings of Fact and Conclusions of Law Concerning Liability (ECF No. 333) or the Court's September 21, 2021 Final Judgment and Permanent Injunction (ECF No. 368), which remain in effect and, by operation of the Settlement and the dismissal of Defendants' appeal, will become final and non-appealable.

7. The Court will retain continuing and exclusive jurisdiction over the Parties and the Settlement Agreement to interpret, implement, administer, and enforce the Settlement Agreement according to its terms.

**SO ORDERED.**

Dated: 9/7/2022

RUDOLPH CONTRERAS
United States District Judge