# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:18-cv-00508-RC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), Kevin Hirst hereby gives notice of his withdrawal of appearance on behalf of Defendants as Mr. Hirst has resigned from the Department of Justice. Other counsel from the Department of Justice will continue to represent Defendants in this matter.

DATED: June 5, 2025        Respectfully Submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

/s/ *Kevin Hirst*
KEVIN HIRST
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation,
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8536
Email: kevin.c.hirst@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that foregoing document was served on all counsel of record via the Court's CM/ECF system on June 5, 2025.


_s/Kevin Hirst_
KEVIN HIRST