IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-00508-RC |

**DEFENDANTS' NOTICE PURSUANT TO THE COURT'S PERMANENT INJUNCTION**

On September 21, 2021, this Court entered a permanent injunction mandating, among other things, that:

> "[Immigration and Customs Enforcement ("ICE")] shall . . . train [Field Office Juvenile Coordinators ("FOJC")] on making Age-Out placement determinations and completing the revised [Age-Out Review Worksheet] . . . at one or more sessions at its annual in-person training meeting for FOJCs. Such in-person training shall occur at least once each year; provided, however, *that if an unforeseen and unusual event shall prevent ICE from conducting such training in person in that year, ICE shall promptly advise the Court and Plaintiffs in writing and explain why in-person training is not possible, and ICE shall conduct the in-person training virtually.*"

*See* ECF No. 368, at 5 (emphasis added). As required by the Court's order, Defendants hereby inform the Court that due to current resource limitations in field offices to meet and maintain operational readiness, an in-person training is not possible this year. *See* Declaration of Byoung Park, attached as Exhibit A. Undersigned counsel contacted counsel for Plaintiffs on August 8, 2025, and informed them that this year's FOJC training will be a virtual training.

DATED: August 11, 2025					Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY P. NICASTRO
Acting Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

CARA E. ALSTERBERG
Senior Litigation Counsel

*s/ Marie Feyche*
MARIE FEYCHE
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-9724
Email: marie.feyche@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I electronically filed the foregoing Notice using the CM/ECF filing system, which will provide notification to counsel for Plaintiffs.

                        */s/ Marie Feyche*
                        MARIE FEYCHE
                        Trial Attorney
                        U.S. Department of Justice