THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>        Defendants. | Civil Action No. 1:18-cv-00508-RC |

**DECLARATION OF BYOUNG PARK**

I, Byoung Park, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. I am currently employed as a Unit Chief with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Juvenile and Family Management (JFM). I have been employed by DHS since July 2006. In my role, I oversee issues concerning unaccompanied alien children (UAC) and alien family units who come into ERO custody. As a Unit Chief, I am also responsible for training Field Office Juvenile Coordinators (FOJCs) and monitoring the implementation of nationwide polices, court orders, laws, and regulations that impact UAC and alien family units.

2. I am aware of this lawsuit, and I submit this Declaration in support of the Defendants' Notice Pursuant to the Court's Permanent Injunction. All statements in this Declaration are based on my personal knowledge or knowledge obtained in the course of my official duties.

3. The annual Field Office Juvenile Coordinator (FOJC) training hosts approximately 200-250 attendees on average. At last year's annual FOJC training, 160 of the attendees were ERO officers. Due to the recent increased numbers and the magnitude of enforcement activities and protests, which are unforeseen and unusual events, ERO is unable to allocate approximately 160 officers away from their duty locations. Further, the increased need to meet and maintain operational readiness has necessitated the allocation of field office resources from training towards enforcement. Due to the resulting current resource limitations in field offices, an in-person training is not possible this year. Instead, FOJCs will attend a virtual training either on September 10, 2025 or September 24, 2025.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: August 8, 2025

BYOUNG C PARK
Digitally signed by BYOUNG C PARK
Date: 2025.08.08 15:24:42 -04'00'

Byoung C. Park
Unit Chief
Juvenile and Family Management
Non-Detained Management Division
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security