IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | ) |
| | ) Case No. 1:18cv00508RC |
| *Plaintiffs,* | ) |
| | ) Class Action |
| v. | ) |
| | ) |
| U.S. IMMIGRATION AND | ) |
| CUSTOMS ENFORCEMENT (ICE), *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND TO ENFORCE FINAL JUDGMENT AND PERMANENT INJUNCTION**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and to Enforce the Permanent Injunction and accompanying Memorandum of Points and Authorities and Declarations (the "Motion"), and all other materials properly before this Court, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants and all persons acting under their direction or in concert with them, are hereby **ENJOINED** from implementing any new directive regarding age-outs;

**ORDERED** that Defendants and all persons acting under their direction or in concert with them, are hereby **ENJOINED** from detaining any class member in an adult ICE facility in any manner that contravenes the Permanent Injunction;

**ORDERED** that Defendants immediately rescind any determinations to detain based on this directive;

1

**ORDERED** that Defendants immediately produce that directive, any related policies regarding that directive, and the Age-Out Review Worksheets of any class members who may have been impacted by that directive, including all AORWs issued since October 1, 2025.

**SO ORDERED** this ___ day of _____ 2025.

_____

The Honorable _____