# Exhibit B

## FY 20 Age Outs Summary
Source: ICE JFRMU SharePoint data of 03/12/2021

### Total FY 20 Count by Month

| Month | Custody Determination | | | | Total |
|---|---|---|---|---|---|
| | Detained | Not Detained | % Detained | % Not Detained | |
| October | 15 | 65 | 19% | 81% | 80 |
| November | 10 | 54 | 16% | 84% | 64 |
| December | 19 | 39 | 33% | 67% | 58 |
| January | 18 | 47 | 28% | 72% | 65 |
| February | 7 | 24 | 23% | 77% | 31 |
| March | 25 | 28 | 47% | 53% | 53 |
| April | 7 | 32 | 18% | 82% | 39 |
| May | 1 | 22 | 4% | 96% | 23 |
| June | 3 | 20 | 13% | 87% | 23 |
| July | 1 | 19 | 5% | 95% | 20 |
| August | 1 | 9 | 10% | 90% | 10 |
| September | - | 24 | 0% | 100% | 24 |
| **Total** | **107** | **383** | **22%** | **78%** | **490** |

### Total FY 20 Count by AOR

| AOR | Custody Determination | | Total |
|---|---|---|---|
| | Detained | Not Detained | |
| BAL | - | 4 | 4 |
| BOS | - | 1 | 1 |
| CHI | 1 | 19 | 20 |
| DEN | - | 1 | 1 |
| DET | - | 3 | 3 |
| ELP | 18 | 10 | 28 |
| HOU | 23 | 28 | 51 |
| LOS | 5 | 9 | 14 |
| MIA | 1 | 4 | 5 |
| NEW | - | 3 | 3 |
| NYC | 6 | 13 | 19 |
| PHI | - | 11 | 11 |
| PHO | 24 | 38 | 62 |
| SEA | 1 | 3 | 4 |
| SFR | 3 | 5 | 8 |
| SNA | 8 | 97 | 105 |
| SNA-HRO | 14 | 112 | 126 |
| SND | - | 7 | 7 |
| WAS | 3 | 15 | 18 |
| **Total** | **107** | **383** | **490** |

## FY 21 Age Outs Summary
Source: ICE JFRMU SharePoint data of 11/10/2021

### Total FY 21 Count by Month

| Month | Custody Determination | | | | Total |
|---|---|---|---|---|---|
| | Detained | Not Detained | % Detained | % Not Detained | |
| October | 2 | 29 | 6% | 94% | 31 |
| November | - | 29 | 0% | 100% | 29 |
| December | 2 | 57 | 3% | 97% | 59 |
| January | - | 57 | 0% | 100% | 57 |
| February | - | 85 | 0% | 100% | 85 |
| March | - | 115 | 0% | 100% | 115 |
| April | - | 266 | 0% | 100% | 266 |
| May | - | 210 | 0% | 100% | 210 |
| June | - | 136 | 0% | 100% | 136 |
| July | - | 140 | 0% | 100% | 140 |
| August | - | 162 | 0% | 100% | 162 |
| September | 1 | 140 | 1% | 99% | 141 |
| **Total** | **5** | **1,426** | **0.35%** | **99.6%** | **1,431** |

### Total FY 21 Count by AOR

| AOR | Custody Determination | | Total |
|---|---|---|---|
| | Detained | Not Detained | |
| BAL | - | 5 | 5 |
| BOS | - | 2 | 2 |
| BUF | - | 1 | 1 |
| CHI | - | 11 | 11 |
| DAL | - | 30 | 30 |
| DET | - | 9 | 9 |
| ELP | - | 281 | 281 |
| HOU | 1 | 133 | 134 |
| LOS | - | 43 | 43 |
| MIA | - | 27 | 27 |
| NOL | - | 2 | 2 |
| NEW | - | 2 | 2 |
| NYC | - | 28 | 28 |
| PHI | - | 7 | 7 |
| PHO | 1 | 79 | 80 |
| SEA | - | 2 | 2 |
| SFR | - | 4 | 4 |
| SNA | 2 | 175 | 177 |
| SNA-HRO | - | 522 | 522 |
| SND | - | 50 | 50 |
| WAS | 1 | 13 | 14 |
| **Total** | **5** | **1,426** | **1,431** |

## FY 22 Age Outs Summary

Source: ICE JFRMU SharePoint data of 11/08/2022

**Total FY 22 Count by Month**

| Month | Custody Determination | | | | Total |
|---|---|---|---|---|---|
| | Detained | Not Detained | % Detained | % Not Detained | |
| October | - | 126 | 0.0% | 100.0% | 126 |
| November | 2 | 155 | 1.3% | 98.7% | 157 |
| December | - | 178 | 0.0% | 100.0% | 178 |
| January | - | 148 | 0.0% | 100.0% | 148 |
| February | - | 113 | 0.0% | 100.0% | 113 |
| March | - | 135 | 0.0% | 100.0% | 135 |
| April | - | 166 | 0.0% | 100.0% | 166 |
| May | 1 | 133 | 0.7% | 99.3% | 134 |
| June | - | 132 | 0.0% | 100.0% | 132 |
| July | - | 147 | 0.0% | 100.0% | 147 |
| August | - | 153 | 0.0% | 100.0% | 153 |
| September | - | 185 | 0.0% | 100.0% | 185 |
| Total | 3 | 1771 | 0.2% | 99.8% | 1,774 |

**Total FY 22 Count by AOR**

| AOR | Custody Determination | | Total |
|---|---|---|---|
| | Detained | Not Detained | |
| BAL | - | 3 | 3 |
| CHI | - | 9 | 9 |
| DAL | - | 3 | 3 |
| DET | - | 4 | 4 |
| ELP | - | 185 | 185 |
| HLG | - | 306 | 306 |
| HOU | - | 188 | 188 |
| LOS | - | 51 | 51 |
| MIA | - | 36 | 36 |
| NEW | - | 2 | 2 |
| NYC | 1 | 26 | 27 |
| PHI | - | 9 | 9 |
| PHO | - | 185 | 185 |
| SEA | - | 2 | 2 |
| SFR | - | 13 | 13 |
| SNA | 2 | 115 | 117 |
| SNA-HRO | - | 612 | 612 |
| SND | - | 12 | 12 |
| WAS | - | 10 | 10 |
| Total | 3 | 1771 | 1774 |



Total Age Outs by Month by Fiscal Year (FY 21, FY 22)

## FY 23 Age Outs Summary

Source: ICE JFRMU SharePoint data of 10/13/2023

### Total FY 23 Count by Month

| Month | Custody Determination | | | | Total |
|---|---|---|---|---|---|
| | Detained | Not Detained | % Detained | % Not Detained | |
| October | 1 | 189 | 0.5% | 99.5% | 190 |
| November | - | 176 | 0.0% | 100.0% | 176 |
| December | - | 198 | 0.0% | 100.0% | 198 |
| January | - | 201 | 0.0% | 100.0% | 201 |
| February | - | 128 | 0.0% | 100.0% | 128 |
| March | - | 176 | 0.0% | 100.0% | 176 |
| April | - | 144 | 0.0% | 100.0% | 144 |
| May | - | 172 | 0.0% | 100.0% | 172 |
| June | - | 141 | 0.0% | 100.0% | 141 |
| July | 1 | 150 | 0.7% | 99.3% | 151 |
| August | - | 222 | 0.0% | 100.0% | 222 |
| September | 2 | 224 | 0.9% | 99.1% | 226 |
| Total | 4 | 2,121 | 0.19% | 99.8% | 2,125 |

### Total FY 23 Count by AOR

| AOR | Custody Determination | | Total |
|---|---|---|---|
| | Detained | Not Detained | |
| BAL | - | 2 | 2 |
| CHI | - | 19 | 19 |
| DAL | - | 1 | 1 |
| DET | - | 5 | 5 |
| ELP | - | 247 | 247 |
| HLG | 1 | 909 | 910 |
| HOU | - | 272 | 272 |
| LOS | - | 91 | 91 |
| MIA | - | 48 | 48 |
| NEW | - | 4 | 4 |
| NYC | - | 48 | 48 |
| PHI | - | 26 | 26 |
| PHO | 1 | 248 | 249 |
| SEA | 2 | 4 | 6 |
| SFR | - | 12 | 12 |
| SNA | - | 136 | 136 |
| SND | - | 26 | 26 |
| WAS | - | 23 | 23 |
| Total | 4 | 2,121 | 2,125 |



Total Age Outs by Month by Fiscal Year (FY 22 vs FY 23)

## FY 24 Age Outs Summary

Source: ICE JFRMU SharePoint data of 10/9/2024

**Total FY 24 Count by Month**

| Month | Custody Determination | | | | Total |
|---|---|---|---|---|---|
| | Detained | Not Detained | % Detained | % Not Detained | |
| October | - | 229 | 0.0% | 100.0% | 229 |
| November | 2 | 249 | 0.8% | 99.2% | 251 |
| December | 1 | 284 | 0.4% | 99.6% | 285 |
| January | - | 270 | 0.0% | 100.0% | 270 |
| February | 1 | 175 | 0.6% | 99.4% | 176 |
| March | - | 190 | 0.0% | 100.0% | 190 |
| April | - | 139 | 0.0% | 100.0% | 139 |
| May | - | 180 | 0.0% | 100.0% | 180 |
| June | - | 142 | 0.0% | 100.0% | 142 |
| July | - | 167 | 0.0% | 100.0% | 167 |
| August | 1 | 152 | 0.7% | 99.3% | 153 |
| September | 1 | 158 | 0.6% | 99.4% | 159 |
| **Total** | **6** | **2,335** | **0.3%** | **99.7%** | **2,341** |

**Total FY 24 Count by AOR**

| AOR | Custody Determination | | Total |
|---|---|---|---|
| | Detained | Not Detained | |
| BAL | - | 1 | 1 |
| BOS | - | 1 | 1 |
| BUF | - | 3 | 3 |
| CHI | 1 | 32 | 33 |
| DAL | - | 1 | 1 |
| DET | - | 4 | 4 |
| ELP | - | 308 | 308 |
| HLG | 1 | 806 | 807 |
| HOU | - | 250 | 250 |
| LOS | 1 | 168 | 169 |
| MIA | - | 33 | 33 |
| NEW | - | 4 | 4 |
| NYC | 2 | 103 | 105 |
| PHI | - | 21 | 21 |
| PHO | - | 352 | 352 |
| SEA | - | 1 | 1 |
| SFR | - | 20 | 20 |
| SNA | 1 | 155 | 156 |
| SND | - | 52 | 52 |
| SPM | - | 1 | 1 |
| WAS | - | 19 | 19 |
| **Total** | **6** | **2,335** | **2,341** |



Total Age Outs by Month by Fiscal Year (FY 23, FY 24)

ICE POST TRIAL - 0083717

## FY 25 YTD Age Outs Summary

Source: ICE JFRMU SharePoint data of 10/14/2025

### Total FY 25 YTD Count by Month

| Month | Custody Determination | | | | Total |
|---|---|---|---|---|---|
| | Detained | Not Detained | % Detained | % Not Detained | |
| October | 1 | 144 | 0.7% | 99.3% | 145 |
| November | 1 | 140 | 0.7% | 99.3% | 141 |
| December | 2 | 131 | 1.5% | 98.5% | 133 |
| January | - | 115 | 0.0% | 100.0% | 115 |
| February | 3 | 56 | 5.1% | 94.9% | 59 |
| March | - | 63 | 0.0% | 100.0% | 63 |
| April | 1 | 77 | 1.3% | 98.7% | 78 |
| May | 1 | 77 | 1.3% | 98.7% | 78 |
| June | 2 | 80 | 2.4% | 97.6% | 82 |
| July | 1 | 65 | 1.5% | 98.5% | 66 |
| August | 2 | 67 | 2.9% | 97.1% | 69 |
| September | - | 85 | 0.0% | 100.0% | 85 |
| **Total** | **14** | **1100** | **1.3%** | **98.7%** | **1114** |

### Total FY 25 YTD Count by AOR

| AOR | Custody Determination | | Total |
|---|---|---|---|
| | Detained | Not Detained | |
| ATL | - | 4 | 4 |
| BOS | - | 6 | 6 |
| BUF | - | 2 | 2 |
| CHI | - | 25 | 25 |
| DEN | - | 1 | 1 |
| DET | - | 5 | 5 |
| ELP | - | 82 | 82 |
| HLG | 2 | 410 | 412 |
| HOU | 1 | 89 | 90 |
| LOS | - | 102 | 102 |
| MIA | - | 49 | 49 |
| NEW | - | 14 | 14 |
| NOL | - | 2 | 2 |
| NYC | 5 | 69 | 74 |
| PHI | - | 16 | 16 |
| PHO | 1 | 76 | 77 |
| SEA | - | 1 | 1 |
| SFR | 2 | 8 | 10 |
| SNA | 3 | 100 | 103 |
| SND | - | 4 | 4 |
| WAS | - | 35 | 35 |
| **Total** | **14** | **1100** | **1114** |



Total Age Outs by Month by Fiscal Year (FY 24, FY 25)

ICE POST TRIAL - 0083718