## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. IMMIGRATION AND )<br>CUSTOMS ENFORCEMENT (ICE), et al., )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-00508-RC<br><br>Class Action |

### NOTICE REGARDING GOVERNMENT "ADVISAL" TO UNACCOMPANIED CHILDREN and ADDITIONAL CLASS MEMBERS REDETAINED ABSENT CAUSE AT ICE CHECK-INS

Plaintiffs write to notify the Court of two developments since the filing of Plaintiffs' Motion to Enforce. ECF 421-2. Plaintiffs' counsel previously notified Defendants' counsel of both matters and are awaiting a substantive response.

First, staff at the National Immigrant Justice Center (NIJC) on November 11, 2025 received the attached "UAC Processing Pathway Advisal" from staff at an Office for Refugee Resettlement (ORR) shelter, who provided the document along with the other charging documents generated by the Department of Homeland Security for an unaccompanied child scheduled for a legal consultation with NIJC. *See* Decl. of Marie Silver ¶¶ 3-6 & Ex. A. Plaintiffs are concerned that the statements in this "advisal" are intended to intimidate unaccompanied children by implying, among other things, that they will be subject to prolonged detention by Immigration and Customs Enforcement (ICE) when they turn 18 if they exercise their right to seek asylum, in violation of the TVPRA and this Court's injunction. Specifically, the advisal states that an unaccompanied minor who seeks relief in Immigration Court can "expect" to "be

detained . . . for a prolonged period of time" and that if they "turn 18 [] while in U.S. Government custody, [they] will be turned over to [ICE] for removal." Silver Decl., Ex. A. Absent from this advisal is any notification regarding the rights that unaccompanied children have under the TVPRA, including their right to be considered for the least restrictive placement when they age-out.

Second, Plaintiffs' counsel have learned of additional age-out teenagers whom ICE has detained, absent materially changed circumstances, at their ICE check-ins, in apparent violation of this Court's final judgment and permanent injunction. These detentions come on top of the redetained class members described in Plaintiffs' Motion to Enforce, who were also arrested without any relevant change in their circumstances shortly after they aged out. ECF 421-2 at 6, 12-14. Plaintiffs' counsel have raised each of the four individuals listed below with Defendants' counsel and are awaiting a substantive response. All of these youth were rearrested and detained mere weeks after they aged-out from the custody of the Office of Refugee and Resettlement (ORR).

- ICE released **C.R.R.** to a sponsor on August 2, 2025, and arrested him at his second check-in nine weeks later, on October 9, 2025.
- ICE released **O.L.M**. to a sponsor on September 26, 2025, and arrested him at his first check-in four weeks later, on October 28, 2025.
- ICE released **D.S.M**. to a sponsor on September 26, 2025, and arrested him at his first check-in four weeks later, on October 29, 2025.
- ICE released **J.E.O.** to a sponsor on October 16, 2025, and arrested her at her first check-in two weeks later, on October 30, 2025.

In light of this ongoing pattern of redetentions, Plaintiffs' counsel anticipates that they may learn of additional youth who have been redetained by ICE upon receiving Defendants' list of age-outs released in October 2025.

Dated: November 13, 2025

Respectfully submitted,

*s/ Suchita Mathur*
Suchita Mathur (DC Bar No. 90013156)
Emma Winger (DC Bar No. 90010721)
Rebecca Cassler (DC Bar No. 90017398)
Michelle Lapointe (DC Bar No. 90032063)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7645
smathur@immcouncil.org
ewinger@immcouncil.org
rcassler@immcouncil.org
mlapointe@immcouncil.org

Mark Fleming*
National Immigrant Justice Center
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
T: 312-660-1370
mfleming@immigrantjustice.org

Katherine Melloy Goettel*
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Tel: (319) 335-9023
kate-goettel@uiowa.edu

**Admitted Pro Hac Vice*