UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 1:18-CV-00508-RC<br><br>Class Action |

**PROPOSED ORDER**

Plaintiffs' Motion to Enforce the Court's Final Judgment and Permanent Injunction is DENIED.

SO ORDERED.

DATED: _____         _____
                                                                            RUDOLPH CONTRERAS
                                                                            UNITED STATES DISTRICT JUDGE