IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, et al., | ) |
| | ) Case No. 1:18-cv-00508-RC |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. IMMIGRATION AND | ) |
| CUSTOMS ENFORCEMENT (ICE), et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**Second Supplemental Declaration of Emma Winger**

I, Emma Winger, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years old and competent to make this declaration.

2. This declaration is based on my personal knowledge, my review of government records produced in the above-captioned case, and communication with representatives and sponsors of class members. It is intended to supplement my two prior declarations in this matter.

Re-Detained Class Members

3. After Plaintiffs filed their motion to enforce, counsel has learned of five additional class members who ICE initially released and then re-detained at their first or second ICE check-in.

4. Through the ICE detainee locator, counsel learned that class member C.R.R., who ICE released to a sponsor on August 2, 2025, was in adult detention. *See* Exh. Q. A paralegal on counsel's team spoke with C.R.R. in detention on November 13. C.R.R. shared that he reported to his first ICE check-in on September 1, at which time he received notice of his next immigration court hearing and an order to report on October 9. C.R.R. said that ICE detained him at his second

1

ICE check-in, on October 9, without any change in his circumstances. C.R.R. also explained that after being held in adult detention he agreed to accept voluntary departure. On November 12, I raised C.R.R.'s detention with Defendants' counsel. C.R.R. no longer appears in ICE's detainee locator.

5. Through the ICE detainee locator, counsel learned that class member O.L.M., who ICE released to a sponsor on September 26, 2025, was in adult detention. *See* Exh. R. A paralegal on counsel's team spoke to O.L.M.'s sponsor who reported that ICE detained O.L.M. at his first ICE check-in on October 28 without any change in his circumstances. On November 5, I raised O.L.M.'s detention with Defendants' counsel. ICE is currently detaining O.L.M. at Jackson Parish Correctional Center in Louisiana.

6. Through the ICE detainee locator, counsel learned that class member D.S.M., who ICE released to a sponsor on September 26, 2025, was in adult ICE detention. *See* Exh. S. A legal fellow on counsel's team spoke to D.S.M.'s sponsor on November 5. D.S.M.'s sponsor reported that ICE arrested D.S.M. at his first ICE check-in on October 29 without any change in his circumstances. On November 5, I raised D.S.M.'s re-detention with Defendants' counsel. D.S.M. had been living with his sponsor, who was able to care for him. ICE is currently detaining D.S.M. at Webb County Detention Center in Texas.

7. Through staff at the Florence Immigrant & Refugee Rights Project (FIRRP), counsel learned that class member J.E.O, who ICE released to a sponsor on October 16, 2025, was in adult ICE detention. *See* Exh. T. FIRRP reported that ICE detained J.E.O. at her first ICE check-in on October 30 without any change in her circumstances. On November 6, I raised J.E.O.'s detention with Defendants' counsel. ICE is currently detaining her at South Texas Family Residential Center in Texas.

8. Through the ICE detainee locator, counsel learned that class member V.J.R., who ICE released to a sponsor on October 24, 2025, was in adult ICE detention. *See* Exh. U. A paralegal on counsel's team spoke with V.J.R. in detention on November 20. V.J.R. reported that ICE detained him on November 12 at his first ICE check-in without any change in circumstances. On November 24, Plaintiffs' counsel raised V.J.R.'s detention with Defendants' counsel. ICE is currently detaining him at El Paso Processing Center in Texas.

9. On November 25, counsel learned through the ICE detainee locator that class member K.D.B., who ICE released to a sponsor on October 17, 2025, was in adult detention. *See* Exh. V. Plaintiffs' counsel has not yet been able to confirm the circumstances of her re-arrest, but raised her detention with Defendants' counsel on November 25. K.D.B. is currently detained at South Louisiana ICE Processing Center.

<u>UAC Processing Pathways Advisal</u>

10. On November 11, 2025, Plaintiffs' counsel received the "UAC Processing Pathways Advisal" filed in this case at ECF 426-1. On November 12, Plaintiffs' counsel shared the advisal with Defendants' counsel. On November 19, Defendants' counsel provided this response regarding the advisal: "Our clients have informed us that the document is a CBP document. It is not an ICE document. Therefore, the document does not control ICE policy or what ICE may do, and it should not be read to imply anything about ICE policy."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 25, 2025 at Boston, Massachusetts.

_____
Emma Winger

3