UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, et al.,        ) | |
| ) | Case No. 1:18-cv-00508-RC |
| Plaintiffs,                                           ) | |
| ) | Class Action |
| v.                                                        ) | |
| ) | |
| U.S. IMMIGRATION AND                       ) | |
| CUSTOMS ENFORCEMENT (ICE), et al.,  ) | |
| ) | |
| Defendants.                                         ) | |
| ) | |

**SECOND NOTICE REGARDING CLASS MEMBERS
REDETAINED ABSENT CAUSE AT ICE CHECK-IN
AND REVISED PROPOSED ORDER**

Plaintiffs notify the Court of two developments since the filing of Plaintiffs' Reply in Support of Motion to Enforce. ECF 429. Plaintiffs' counsel has notified Defendants' counsel of both matters.

First, Plaintiffs' counsel has learned of an additional age-out teenager whom ICE has detained, absent materially changed circumstances, at his ICE check-in, in apparent violation of this Court's final judgment and permanent injunction.

- ICE released **D.M.G.** to a sponsor on October 29, 2025, and arrested him at his first check-in one month later, on December 3, 2025. *See* Exh. W (filed separately under seal).

Second, Plaintiffs' counsel has confirmed that ICE detained **K.D.B.** at her first ICE check-in on November 19, 2025, one month after ICE released her to a sponsor on October 17, 2025. *See* Exh. V (sealed); 2d. Supp. Winger Decl. ¶ 9. Thus, Plaintiffs have now identified fifteen redetained class members who were also arrested without any relevant change in their circumstances shortly after they aged out. ECF 421-2 at 17; ECF 426; ECF 429 at 19-20

(identifying A.T.L., F.L.P., A.D., J.D.F.V., C.M.S.D., J.N.B.S., C.G.P.C., J.A.M.S., C.R.R., O.L.M., D.S.M., J.E.O., V.J.R., K.D.B., and D.M.G.).

In light of these two developments, Plaintiffs attach a **revised proposed order** including D.M.G. and K.D.B. In addition, the revised proposed order removes O.L.M. because he appears to have been deported (he cannot be found in the ICE Detainee Locator).

In addition, Plaintiffs have added a request for declaratory relief to their revised proposed order, asking that the Court declare: that Defendants' failure to continue to implement determinations under 8 U.S.C. § 1232(c)(2)(B) that the least restrictive placement for an age-out is release, and instead redetain such age-outs absent individualized changed circumstances regarding the statutory risk factors in § 1232(c)(2)(B), violates this Court's Final Judgment and Permanent Injunction.

Dated: December 5, 2025

Mark Fleming*
National Immigrant Justice Center
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
T: 312-660-1370
mfleming@immigrantjustice.org

Katherine Melloy Goettel*
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Tel: (319) 335-9023
kate-goettel@uiowa.edu

Respectfully submitted,

*s/ Suchita Mathur*
Suchita Mathur (DC Bar No. 90013156)
Emma Winger (DC Bar No. 90010721)
Rebecca Cassler (DC Bar No. 90017398)
Michelle Lapointe (DC Bar No. 90032063)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7645
smathur@immcouncil.org
ewinger@immcouncil.org
rcassler@immcouncil.org
mlapointe@immcouncil.org

*Admitted Pro Hac Vice*