IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*, | ) |
| | ) Case No. 1:18-cv-00508-RC |
| *Plaintiffs,* | ) |
| | ) Class Action |
| v. | ) |
| | ) |
| U.S. IMMIGRATION AND | ) |
| CUSTOMS ENFORCEMENT (ICE), *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**[PROPOSED] ORDER GRANTING MOTION TO ENFORCE FINAL JUDGMENT AND PERMANENT INJUNCTION**

Upon consideration of Plaintiffs' Motion to Enforce the Permanent Injunction and accompanying Memorandum of Points and Authorities and Declarations (the "Motion"), and all other materials properly before this Court, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants and all persons acting under their direction or in concert with them, are hereby **ENJOINED** from implementing the October 1, 2025 guidance regarding the detention of age-outs; and it is further

**ORDERED** that Defendants and all persons acting under their direction or in concert with them, are hereby **ENJOINED** from detaining any age-outs in any manner that contravenes the Permanent Injunction; and it is further

**ORDERED** that Defendants immediately rescind any determinations to detain based on the October 1 guidance; and it is further

1

**DECLARED** that Defendants' failure to continue to implement determinations under 8 U.S.C. § 1232(c)(2)(B) that the least restrictive placement for an age-out is release, and instead redetain such age-outs absent individualized changed circumstances regarding the statutory risk factors in § 1232(c)(2)(B), violates this Court's Final Judgment and Permanent Injunction; and it is further

**ORDERED** that Defendants release any individual class member who has been re-detained absent materially changed circumstances, including A.T.L., F.L.P., A.D., C.M.S.D., D.S.M., J.E.O., K.D.M., and D.M.G., subject to any alternatives to detention required by their initial custody determination upon release from ORR custody; and it is further

**ORDERED** that Defendants produce information on an ongoing basis about any age-outs who have been arrested and re-detained since July 2025 because of Defendant' change in policy; and it is further

**ORDERED** that Defendants shall pay Plaintiffs' counsel reasonable attorneys' fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A) et seq, as provided in Part VIII of the Court's Final Judgment and Permanent Injunction.

**SO ORDERED** this ___ day of _____ 2025.

_____
The Honorable Rudolph Contreras