**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WILMER GARCIA RAMIREZ, *et al.*,    ) | ) |
| ) | |
| Plaintiffs,    ) | ) |
| ) | Civil Action No. 1:18-cv-00508-RC |
| v.    ) | ) |
| ) | |
| UNITED STATES IMMIGRATION    ) | Class Action |
| AND CUSTOMS ENFORCEMENT, *et*    ) | |
| *al.*,    ) | ) |
| ) | |
| Defendants.    ) | ) |
| ) | |

**NOTICE OF APPEAL**

Defendants, U.S. Immigration and Customs Enforcement ("ICE"), U.S. Department of

Homeland Security ("DHS"), Todd M. Lyons, in his official capacity as Acting Director of ICE,

and Kristi Noem, in her official capacity as Secretary of DHS, hereby notice their appeal from the

district court's memorandum opinion and order entered on December 12, 2025, ECF Nos. 435,

436, to the United States Court of Appeals for the District of Columbia Circuit.[1] Plaintiffs are a

certified class. The district court's memorandum opinion and order are an appealable order under

28 U.S.C. § 1292(a)(1).

---

[1]     Pursuant to Federal Rule of Civil Procedure 25(d), Todd M. Lyons, Acting Director of ICE, is automatically substituted for Tae D. Johnson, former Director of ICE, and Kristi Noem, Secretary of DHS, is substituted for Alejandro N. Mayorkas, former Secretary of DHS.

DATED:  February 10, 2026                    Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Assistant Attorney General
                                             Civil Division

                                             ANTHONY P. NICASTRO
                                             Acting Director
                                             Office of Immigration Litigation

                                             CARA E. ALSTERBERG
                                             Acting Assistant Director

                                             */s/ Daniel Schutrum-Boward*
                                             DANIEL SCHUTRUM-BOWARD
                                             Trial Attorney
                                             Department of Justice, Civil Division
                                             Office of Immigration Litigation
                                             P.O. Box 878, Ben Franklin Station
                                             Washington, DC 20044
                                             (202) 919-1670
                                             Daniel.R.Schutrum-Boward@usdoj.gov

                                             *Attorneys for Defendants*